# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

CRB

V.

**CR 14 102**

IAN FURMINGER, EDMOND ROBLES, and REYNALDO VARGAS

DEFENDANT(S).

FILED
FEB 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## INDICTMENT

Count One:21 U.S.C. § 846 Conspiracy to Distribute Controlled Substances; Count Two:21 U.S.C. §§ 841(a)(1); 18 U.S.C. § 2 Distribution of Marijuana; Aiding and Abetting; Count Three: 18 U.S.C. § 241 B Conspiracy Against Civil Rights; Count Four:18 U.S.C. § 371 Conspiracy to Commit Theft Concerning Federally Funded Program; Count Five:18 U.S.C. §§ 666(a)(1)(A) and 2 B Theft Concerning Federally Funded Program and Aiding and Abetting; Count Six:18 U.S.C. § 1951 Extortion Under Color of Official Right

A true bill.

[signature] Foreman

Filed in open court this 25 day of

Feb 2014.

[signature] Clerk

Bail, $ no bail arrest warrant for Def. Vargas

Summons for Furminger and Robles on Feb 24, 2014

Elizabeth D. Laporte [signature]

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SEALED BY COURT ORDER

**DEFENDANT - U.S**

IAN FURMINGER

DISTRICT COURT NUMBER CR 14 102 CRB

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): AUSA RODNEY C. VILLAZOR

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

FILED
FEB 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:
☒ Arraignment ☒ Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: Feb. 28, 2014 @ 9:30 AM Before Judge: Elizabeth Laporte

Comments:

PENALTY SHEET
DEFENDANT – IAN FURMINGER

SEALED BY ORDER

21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances – 20 years imprisonment, $1,000,000, 3 years minimum/life maximum supervised release, $100 special assessment

FILED
FEB 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

21 U.S.C. § 841(a)(1) – Distribution of Marijuana - 20 years imprisonment, $1,000,000, 3 years minimum/life maximum, $100 special assessment

18 U.S.C. § 241 – Conspiracy Against Civil Rights - 10 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. § 371 – Conspiracy to Commit Theft Concerning Federally Funded Program - 5 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. § 666(a)(1)(A) – Theft Concerning Federally Funded Program - 10 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. § 1951 – Extortion Under Color of Official Right - 20 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony

PENALTY: SEE ATTACHMENT

**DEFENDANT - U.S**

EDMOND ROBLES

DISTRICT COURT NUMBER

CR 14 102 CRB

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE — SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant — MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): AUSA RODNEY C. VILLAZOR

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

BY SEALED ORDER

FILED

FEB 25 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:

☒ Arraignment ☒ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Feb. 28, 2014 @ 9:30 AM Before Judge: Elizabeth Laporte

Comments:

PENALTY SHEET
DEFENDANT – EDMOND ROBLES

21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances – 20 years imprisonment, $1,000,000, 3 years minimum/life maximum supervised release, $100 special assessment

21 U.S.C. § 841(a)(1) – Distribution of Marijuana - 20 years imprisonment, $1,000,000, 3 years minimum/life maximum, $100 special assessment

18 U.S.C. § 241 – Conspiracy Against Civil Rights - 10 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. § 371 – Conspiracy to Commit Theft Concerning Federally Funded Program - 5 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. § 666(a)(1)(A) – Theft Concerning Federally Funded Program - 10 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

FILED
FEB 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

SEALED

**DEFENDANT - U.S**

REYNALDO VARGAS

CRB

DISTRICT COURT NUMBER

CR 14 102

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under } MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): AUSA RODNEY C. VILLAZOR

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
FEB 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

PENALTY SHEET
DEFENDANT – REYNALDO VARGAS

21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances – 20 years imprisonment, $1,000,000, 3 years minimum/life maximum supervised release, $100 special assessment

21 U.S.C. § 841(a)(1) – Distribution of Marijuana - 20 years imprisonment, $1,000,000, 3 years minimum/life maximum, $100 special assessment

18 U.S.C. § 241 – Conspiracy Against Civil Rights - 10 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. § 371 – Conspiracy to Commit Theft Concerning Federally Funded Program - 5 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. § 666(a)(1)(A) – Theft Concerning Federally Funded Program - 10 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

FILED
FEB 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MELINDA HAAG (CABN 132612)
United States Attorney



FILED
FEB 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IAN FURMINGER, EDMOND ROBLES, and REYNALDO VARGAS,<br><br>Defendants. | No. CR 14 102<br><br>VIOLATIONS: 21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances; 21 U.S.C. § 841(a)(1) – Distribution of Marijuana; 18 U.S.C. § 241 – Conspiracy Against Civil Rights; 18 U.S.C. § 371 – Conspiracy to Commit Theft Concerning Federally Funded Program; 18 U.S.C. § 666(a)(1)(A) – Theft Concerning Federally Funded Program; 18 U.S.C. § 1951 – Extortion Under Color of Official Right; 18 U.S.C. § 2 – Aiding and Abetting<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. The San Francisco Police Department ("SFPD") was a duly constituted police agency engaging in law enforcement in San Francisco, California. SFPD sergeants and officers were authorized by California law to make lawful arrests and conduct legally authorized searches and seizures within the City and County of San Francisco.

2. Defendant IAN FURMINGER was an SFPD sergeant. Defendants EDMOND ROBLES

and REYNALDO VARGAS were SFPD officers.

3. During each one-year period relevant to this Indictment, the City and County of San Francisco received benefits in excess of $10,000 under Federal programs involving grants, contracts, subsidies, loans, guarantees, insurance, and other forms of Federal assistance.

COUNT ONE: (21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances)

4. The factual allegations in Paragraphs 1 and 2 are re-alleged and incorporated as if fully set forth here.

5. Beginning on a date unknown to the grand jury but no later than on or about February 19, 2009, and continuing through at least on or about April 9, 2011, in the Northern District of California, the defendants,

IAN FURMINGER,
EDMOND ROBLES, and
REYNALDO VARGAS,

and other persons did knowingly and intentionally conspire to distribute controlled substances, in violation of Title 21, United States Code, Sections 846 and 841.

COUNT TWO: (21 U.S.C. §§ 841(a)(1); 18 U.S.C. § 2 – Distribution of Marijuana; Aiding and Abetting)

6. The factual allegations in Paragraphs 1 and 2 are re-alleged and incorporated as if fully set forth here.

7. In or about March and April of 2009, in the Northern District of California, the defendants,

IAN FURMINGER,
EDMOND ROBLES, and
REYNALDO VARGAS,

each aiding and abetting the others, did knowingly and intentionally distribute a Schedule I controlled substance, to wit: marijuana, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

//

//

COUNT THREE: (18 U.S.C. § 241 – Conspiracy Against Civil Rights)

8. The factual allegations in Paragraphs 1 and 2 are re-alleged and incorporated as if fully set forth here.

9. Beginning on a date unknown to the grand jury but no later than on or about February 19, 2009, and continuing through at least November 12, 2010, in the Northern District of California, the defendants,

IAN FURMINGER,
EDMOND ROBLES, and
REYNALDO VARGAS,

and others, while acting under color of law, did willfully combine, conspire, and agree with each other to injure, oppress, threaten, and intimidate individuals they encountered in the course of their official duties, in the free exercise and enjoyment of the rights and privileges secured to them by the Constitution and laws of the United States, namely, the right not to be deprived of property without due process of law.

MANNER AND MEANS OF THE CONSPIRACY

10. It was part of the conspiracy that FURMINGER, ROBLES, and VARGAS, while executing search warrants, making arrests, and seizing evidence during the course of their work as a sergeant and police officers, respectively, of the San Francisco Police Department, stole money and other valuable items, such as computers, electronic devices, and gift cards belonging to other persons and took such items for their personal benefit and for the benefit of persons other than the rightful owners.

All in violation of Title 18, United States Code, Section 241.

COUNT FOUR: (18 U.S.C. § 371 – Conspiracy to Commit Theft Concerning Federally Funded Program)

11. The factual allegations in Paragraphs 1 through 3 are re-alleged and incorporated as if fully set forth here.

12. Beginning on a date unknown to the Grand Jury but no later than on or about February 19, 2009, and continuing through at least on or about April 9, 2011, in the Northern District of California, the defendants,

IAN FURMINGER,
EDMOND ROBLES, and
REYNALDO VARGAS,

and others, did knowingly and unlawfully combine, conspire, and agree to embezzle, steal, obtain by fraud, convert to the use of a person other than the rightful owner, and intentionally misapply property worth at least $5,000 and under the care, custody, and control of a local government, FURMINGER, ROBLES, and VARGAS each being an agent of said local government, and said government receiving in each one-year period in excess of $10,000 under Federal programs involving grants, contracts, subsidies, loans, guarantees, insurance, and other forms of Federal assistance, in violation of Title 18, United States Code, Section 666(a)(1)(A).

MANNER AND MEANS OF THE CONSPIRACY

13. In their official capacities as a sergeant and police officers, respectively, of the San Francisco Police Department, FURMINGER, ROBLES, and VARGAS seized money, drugs, and other valuable items belonging to other persons.

14. Rather than book such money, drugs, and other valuable items as evidence for use in criminal prosecutions, FURMINGER, ROBLES, and VARGAS took possession of such money, drugs, and other valuable items for their personal benefit and for the benefit of persons other than the rightful owners.

OVERT ACTS

15. In furtherance of the conspiracy and to carry out its objects, FURMINGER, ROBLES, and VARGAS committed or caused to be committed the following overt acts, among others, in the Northern District of California and elsewhere:

a. On or about March 2, 2009, FURMINGER, ROBLES, and VARGAS arrested J.F. and seized items from him as part of their official duties. They then took for their own benefit some of the items they seized from J.F., including a $500 Apple gift card.

b. On or about March 4, 2009, VARGAS used the Apple gift card specified in subparagraph (a) to purchase an iPhone and an iPod nano at an Apple Store in San Francisco.

c. On or about March 26, 2009, FURMINGER, ROBLES, and VARGAS took for their own benefit marijuana they had seized as part of their official duties.

d. On or about March 26, 2009, VARGAS delivered marijuana to two informants and instructed the informants to sell the marijuana and split the sale proceeds with himself, FURMINGER, and ROBLES.

All in violation of Title 18, United States Code, Section 371.

COUNT FIVE: (18 U.S.C. §§ 666(a)(1)(A) and 2 – Theft Concerning Federally Funded Program and Aiding and Abetting)

16. The factual allegations in Paragraphs 1 through 3 are re-alleged and incorporated as if fully set forth here.

17. Between March 1, 2009, and February 28, 2010, in the Northern District of California, the defendants,

IAN FURMINGER,
EDMOND ROBLES, and
REYNALDO VARGAS,

each being an agent of a local government and each aiding and abetting the others, did knowingly embezzle, steal, obtain by fraud, convert to the use of a person other than the rightful owner, and intentionally misapply property worth at least $5,000, and under the care, custody and control of such local government, in violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

//

//

//

//

//

//

//

//

//

//

//

//

COUNT SIX: (18 U.S.C. § 1951 – Extortion Under Color of Official Right)

18. The factual allegations in Paragraphs 1 and 2 are re-alleged and incorporated as if fully set forth here.

19. Between in and about August 2011 and in and about August 2012, in the Northern District of California, the defendant,

IAN FURMINGER,

did knowingly obstruct, delay, and affect in any way and degree commerce and the movement of articles and commodities in commerce by extortion, that is, by obtaining property from S.S. with S.S.'s consent induced under color of official right, in violation of Title 18, United States Code, Section 1951.

DATED: 2-25-2014

A TRUE BILL.

FOREPERSON

MELINDA HAAG
United States Attorney

J. DOUGLAS WILSON
Chief, Criminal Division

(Approved as to form: ______________________)
AUSAs Caputo, Hemann, and Villazor