BRIAN H GETZ (SBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655
Email: bhgetz@pacell.net

Attorney for Defendant
IAN FURMINGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-14-00102-CRB |
| Plaintiff, | **STIPULATION AND ORDER RE PRETRIAL FILING SCHEDULE** |
| v. | |
| IAN FURMINGER, et al., | |
| Defendants. | |

# STIPULATION

**Whereas**, trial in the above-captioned case is set to commence on November 3, 2014.

**Whereas**, the parties have met and conferred regarding the pretrial filing schedule.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their respective counsel of record, and respectfully requested that the Court adopt the following pretrial filing schedule:

| Date | Description |
| --- | --- |
| May 9th | Defense Motions to Sever, Motions for Discovery |
| May 23rd | Government Opposition |
| May 30th | Defense Reply |
| June 11th | Motions Hearing Date |
| June 27th | Defense Suppression Motions |
| July 8th | Government Opposition |
| July 18th | Defense Reply |
| July 30th | Motions Hearing Date |
| August 4th | Deadline for *Jencks* material that exists at that time. |
| August 15th | The Government must fully comply with all requirements of Local Rule 16-1(c). The Government must disclose a summary of (i) any evidence of other crimes, wrongs, or acts that it intends to offer under Federal Rule of Evidence 404(b), and which is supported by documentary evidence or witness statements, and (ii) any co-conspirators statements the Government intends to offer under Federal Rule of Evidence 801(d)(2)(E). These disclosures must be set forth in sufficient detail that the Court may rule on the admissibility of the statement. |
| August 22nd | All parties to make expert disclosures. |
| August 29th | The Government must provide to defense counsel all *Henthorn* material on law enforcement witnesses whom the government anticipates calling. |
| September 4th | Deadline for *Giglio* material that exists at that time. |
| September 12th | All Non-*Jencks Brady* information must be disclosed to defense counsel. |
| September 15th | Stipulated Jury Questionnaire Filed |
| September 19th | *Daubert* motions by both sides. If filed, oppositions due 21 days later, replies 7 days later. Court to set hearing date. |
| September 26th | Deadline for Witness Lists – all parties. |
| October 3rd | Deadline for Exhibit Lists – all parties. |
| October 9th | Deadline to file Motions to Exclude and Motions in Limine. |
| October 16th | Deadline to file Oppositions to Motions to Exclude and Motions in Limine. |

**IT IS SO STIPULATED.**

Dated: April 7, 2014                    LAW OFFICES OF BRIAN H GETZ

By:   /s/Brian H Getz
       BRIAN H GETZ
       Attorney for Defendant Ian Furminger

Dated: April 7, 2014                    MELINDA HAAG
UNITED STATES ATTORNEY

By:   /s/John Hemann
       JOHN HEMANN
       RODNEY VILLAZOR
       Assistant United States Attorneys

Dated: April 7, 2014                    RAINS LUCIA STERN, PC

By:   /s/Harry S. Stern
       HARRY S. STERN
       Attorney for Defendant Reynaldo Vargas

Dated: April 7, 2014                    BURKE LAW OFFICE

By:   /s/Eileen C. Burke
       EILEEN C. BURKE
       Attorney for Defendant Edmond Robles

## **ORDER**

Based on the foregoing, and good cause appearing, **IT IS HEREBY ORDERED** that the Court will adopt the above-referenced pretrial filing schedule in this action.

**IT IS SO ORDERED**.

Dated: April 11, 2014

THE HONORABLE CHARLES R. BREYER
United States Senior District Judge