| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | THE HONORABLE CHARLES R. BREYER<br>Courtroom Clerk: Barbara Espinoza |

**CRIMINAL MINUTES**

**FILED**

Date: October 21, 2014

Time: 17 minutes

OCT 21 2014

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Reporter: James Pence

Case No: CR-14-0102-3CRB

DEFT: REYNALDO VARGAS
(X)Present

AUSA: Rodney Villazor, John Hemann

DEF ATTY: Harry Stern

**REASON FOR HEARING**  Change of Plea

**RESULT**  Defendant placed under oath, the Court admonishes the defendant regarding his change of plea and reviews the plea agreement with the defendant. A plea of guilty to counts one, two, four and five are entered, the Court accepts the pleas and the defendant is adjudged guilty. Matter set for further status and defendant is excused from pretrial conference and other trial dates.

Motions (if any) to be filed no later than _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to**  February 11, 2015 @ 10:00 a.m.  **for** Status Conference

[ ] **Defendant remanded to custody**

**JUDGMENT** _____

Notes: matter referred to probation