| UNITED STATES DISTRICT COURT | THE HONORABLE CHARLES R. BREYER |
|---|---|
| NORTHERN DISTRICT OF CALIFORNIA | Courtroom Clerk: Barbara Espinoza |

**CRIMINAL MINUTES**

**Date:** October 21, 2014                                              Time:   33 minutes

**Reporter:** James Pence

**Case No:**  CR-14-0102 CRB                          **DEFT:**  IAN FURMINGER, EDMOND ROBLES
                                                                             (X)Present

AUSA: Rodney Villazor, John Hemann                   DEF ATTY:  Brian Getz, Teresa Caffese
USPO:
Interpreter:

| REASON FOR HEARING | RESULT |
|---|---|
| PreTrial Conference | |
| Motion for use of jury questionnaire | Granted |
| Motion for additional peremptory challenges | Deferred |
| Motion in Limine to admit evidence of wealth | as stated on record in open court |
| Motion to Sever | Denied without prejudice |
| Motion to exclude evidence | as stated on record in open court |

Government to produce all 302s by the close of business on Thursday 10/23/2014.

**Case Continued to** _____ **for** _____

[] Defendant remanded to custody

**JUDGMENT**

Notes: 11/3/2014 Jury Selection only, opening statements and evidence begins on 11/4/2014