IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IAN FURMINGER and
EDMOND ROBLES,

    Defendants.
_____/

No. CR 14-00102 CRB

**Clerk's Notice**

    YOU ARE NOTIFIED THAT the Court has rescheduled trial dates upon the request of the parties. Jury selection will take place on Monday, November 3, 2014 at 9:00 a.m. as previously set and trial will commence with opening statements on Monday, November 10, 2014 at 9:00 a.m., all other dates thereafter remain the same with the addition of trial being in session on Friday, November 14, 2014.

    Please report to Courtroom 6, on the 17th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: October 24, 2014

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza,
Courtroom Deputy