# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☒ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED 2014 OCT 30 P 3:25 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

IAN FURMINGER

DISTRICT COURT NUMBER

CR 14-0102 CRB

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE — SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant — MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): AUSA RODNEY C. VILLAZOR

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

NDCA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:

☒ Arraignment ☒ Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: Oct. 31, 2014 @ 9:30 AM Before Judge: Elizabeth Laporte

Comments:

PENALTY SHEET
DEFENDANT – IAN FURMINGER

18 U.S.C. § 1343, Wire Fraud – 20 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. §§ 1343, Honest Services Wire Fraud – 20 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. § 241 – Conspiracy Against Civil Rights - 10 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. § 371 – Conspiracy to Commit Theft Concerning Federally Funded Program - 5 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. § 666(a)(1)(A) – Theft Concerning Federally Funded Program - 10 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. § 1951 – Extortion Under Color of Official Right - 20 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances – 20 years imprisonment, $1,000,000, 3 years minimum/life maximum supervised release, $100 special assessment

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

FILED 2014 OCT 30 P 3:25 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

## DEFENDANT - U.S.

EDMOND ROBLES

DISTRICT COURT NUMBER: CR 14-0102 CRB

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE — SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant — MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): AUSA RODNEY C. VILLAZOR

## DEFENDANT

### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.

1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District): NDCA

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction — ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:

☒ Arraignment ☒ Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: Oct. 31, 2014 @ 9:30 AM Before Judge: Elizabeth Laporte

Comments:

PENALTY SHEET
DEFENDANT – EDMOND ROBLES

18 U.S.C. § 1343, Wire Fraud – 20 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. §§ 1343, Honest Services Wire Fraud – 20 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. § 241 – Conspiracy Against Civil Rights - 10 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. § 371 – Conspiracy to Commit Theft Concerning Federally Funded Program - 5 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

18 U.S.C. § 666(a)(1)(A) – Theft Concerning Federally Funded Program - 10 years imprisonment, $250,000, 3 years supervised release, $100 special assessment

21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances – 20 years imprisonment, $1,000,000, 3 years minimum/life maximum supervised release, $100 special assessment

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED
2014 OCT 30 P 3:25
CLERK RICHARD W. WIEKING
NORTHERN U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

IAN FURMINGER and EDMOND ROBLES,

DEFENDANT(S).

CR 14 102 CRB

## SUPERSEDING INDICTMENT

18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. §§ 1343 and 1346 – Honest Services Wire Fraud; 18 U.S.C. § 241 B Conspiracy Against Civil Rights; 18 U.S.C. § 371 – Conspiracy to Commit Theft Concerning Federally Funded Program; 18 U.S.C. § 666(a)(1)(A) B Theft Concerning Federally Funded Program; 18 U.S.C. § 1951 – Extortion Under Color of Official Right; 18 U.S.C. § 2 B Aiding and Abetting; 21 U. S.C. § 846 – Conspiracy to Distribute Controlled Substances

A true bill.

Nancy J. Peterson
Foreman

Filed in open court this 30th day of

October 2014.

Clerk

Bail, $ No Bail

FILED
2014 OCT 30 P 3:25
CLERK, RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MELINDA HAAG (CABN 132612)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IAN FURMINGER and EDMOND ROBLES,<br><br>Defendants. | No. CR 14-0102 CRB<br><br>VIOLATIONS: 18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. §§ 1343 and 1346 – Honest Services Wire Fraud; 18 U.S.C. § 241 – Conspiracy Against Civil Rights; 18 U.S.C. § 371 – Conspiracy to Commit Theft Concerning Federally Funded Program; 18 U.S.C. § 666(a)(1)(A) – Theft Concerning Federally Funded Program; 18 U.S.C. § 1951 – Extortion Under Color of Official Right; 18 U.S.C. § 2 – Aiding and Abetting; 21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances<br><br>SAN FRANCISCO VENUE |

SUPERSEDING INDICTMENT

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. The San Francisco Police Department ("SFPD") was a duly constituted police agency engaging in law enforcement in San Francisco, California. SFPD sergeants and officers were authorized by California law to make lawful arrests and conduct legally authorized searches and seizures within the

City and County of San Francisco and elsewhere.

2. Defendant IAN FURMINGER was an SFPD sergeant.

3. Defendant EDMOND ROBLES was an SFPD officer.

4. R.V. was an SFPD officer.

5. As SFPD law enforcement officers, each of the defendants and R.V. had a duty of honesty and loyalty to the SFPD and to the citizens of the City and County of San Francisco to act in the public interest and not for their own illicit enrichment.

6. During each one-year period relevant to this Superseding Indictment, the City and County of San Francisco received benefits in excess of $10,000 under federal programs involving grants, contracts, subsidies, loans, guarantees, insurance, and other forms of federal assistance.

7. Defendants and others engaged in the schemes and conspiracies alleged in this Superseding Indictment to use their positions to enrich themselves by stealing money and property and by soliciting and taking things of value in exchange for official action and inaction.

8. Defendants carried out the schemes and conspiracies alleged in this Superseding Indictment in the following manners and means, among others:

a. The defendants stole money, drugs, and property during searches and arrests, kept those items for themselves, and did not book those items into SFPD evidence.

b. The defendants deprived individuals of due process of law by omitting from police reports money and property taken during searches and arrests.

c. The defendants solicited and accepted things of value from a person, S.S., they knew was engaged in the business of selling stolen property.

d. The defendants provided favorable official action on behalf of S.S., as requested and when opportunities arose, including protecting S.S. from arrest and prosecution.

e. The defendants took steps to hide, conceal, and cover up their activities, including by making and approving false police reports.

/ / /

/ / /

/ / /

COUNTS ONE and TWO: (18 U.S.C. § 1343 – Wire Fraud)

9. The factual allegations in Paragraphs 1 through 4, 7, 8(a), and 8(e) are re-alleged and incorporated as if fully set forth here.

10. From in or about December 2008 through August 2012, in the Northern District of California, the defendants,

IAN FURMINGER and
EDMOND ROBLES,

R.V., and others, devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

11. On or about the dates listed below, in the Northern District of California, defendants, for the purpose of executing the scheme and artifice to defraud, transmitted and caused to be transmitted by means of wire communications in interstate commerce, the following writings, signals, and sounds:

| Count | Date | Wire Transmission |
|---|---|---|
| ONE | November 19, 2009 | Text Message from R.V. to Furminger |
| TWO | November 19, 2009 | Police Report |

All in violation of Title 18, United States Code, Section 1343.

COUNTS THREE and FOUR: (18 U.S.C. §§ 1343 and 1346 – Honest Services Wire Fraud)

12. The factual allegations in Paragraphs 1 through 5, 7, 8(c), and 8(d) are re-alleged and incorporated as if fully set forth here.

13. From in or about December 2008 through August 2012, in the Northern District of California, the defendants,

IAN FURMINGER and
EDMOND ROBLES,

R.V., and others, devised and intended to devise a scheme and artifice to defraud and deprive the citizens of the City and County of San Francisco and the SFPD of the defendants' honest and faithful services through bribery, kickbacks, and the concealment of material information.

14. On or about the dates listed below, in the Northern District of California, defendants, for the purpose of executing the scheme and artifice to defraud and deprive, transmitted and caused to be

transmitted by means of wire communications in interstate commerce, the following writings, signals, and sounds:

| Count | Date | Wire Transmission |
|---|---|---|
| THREE | September 7, 2011 | Text Message from S.S. to Furminger |
| FOUR | February 7, 2012 | Text Message from Robles to Furminger |

All in violation of Title 18, United States Code, Sections 1343 and 1346.

COUNT FIVE: (18 U.S.C. § 241 – Conspiracy Against Civil Rights)

15. The factual allegations in Paragraphs 1 through 4, 7, 8(a), 8(b), and 8(e) are re-alleged and incorporated as if fully set forth here.

16. Beginning on a date unknown to the grand jury but no later than on or about February 19, 2009, and continuing through at least August 12, 2010, in the Northern District of California, the defendants,

IAN FURMINGER and
EDMOND ROBLES,

R.V., and others, while acting under color of law, did willfully combine, conspire, and agree with each other to injure, oppress, threaten, and intimidate individuals they encountered in the course of their official duties, who were inhabitants of California, in the free exercise and enjoyment of the rights and privileges secured to them by the Constitution and laws of the United States, namely, the right not to be deprived of property without due process of law.

All in violation of Title 18, United States Code, Section 241.

COUNT SIX: (18 U.S.C. § 371 – Conspiracy to Commit Theft Concerning Federally Funded Program)

17. The factual allegations in Paragraphs 1 through 4, 6, 7, 8(a), and 8(e) are re-alleged and incorporated as if fully set forth here.

/ / /

/ / /

/ / /

/ / /

18. Beginning on a date unknown to the grand jury but no later than on or about February 19, 2009, and continuing through at least on or about August 12, 2010, in the Northern District of California, the defendants,

IAN FURMINGER and
EDMOND ROBLES,

R.V., and others, did knowingly and unlawfully combine, conspire, and agree to embezzle, steal, obtain by fraud, convert to the use of a person other than the rightful owner, and intentionally misapply property worth at least $5,000 and under the care, custody, and control of a local government, FURMINGER and ROBLES, each being an agent of said local government, and said government receiving in each one-year period in excess of $10,000 under Federal programs involving grants, contracts, subsidies, loans, guarantees, insurance, and other forms of Federal assistance, in violation of Title 18, United States Code, Section 666(a)(1)(A).

Overt Acts

19. In furtherance of the conspiracy and to carry out its objects, FURMINGER, ROBLES, and others committed or caused to be committed the following overt acts, among others, in the Northern District of California and elsewhere:

a. On or about March 4, 2009, FURMINGER, ROBLES, and R.V. conducted a search of J.F.'s apartment and seized items as part of their official duties. They then took for their own benefit some of the items they seized, including a $500 Apple gift card.

b. On or about March 4, 2009, ROBLES and R.V. used the Apple gift card specified in subparagraph (a) to purchase an iPhone and an iPod Nano at an Apple Store in San Francisco.

c. On or about May 25, 2009, FURMINGER, ROBLES, and R.V. stole money during a search in Newark, California, and split it among themselves.

d. On or about June 18, 2009, ROBLES and R.V. stole money during a search in San Francisco, California, and split it among themselves.

e. On or about October 2, 2009, FURMINGER, ROBLES, and R.V. stole money during a search in San Francisco, California, and split it among themselves.

f. On or about November 19, 2009, FURMINGER, ROBLES and R.V. stole money during a search of a storage facility in San Francisco, California, and split it among themselves.

All in violation of Title 18, United States Code, Section 371.

COUNT SEVEN: (18 U.S.C. §§ 666(a)(1)(A) and 2 – Theft Concerning Federally Funded Program and Aiding and Abetting)

20. The factual allegations in Paragraphs 1 through 4, 6, 7, 8(a), 8(e), and 19 are re-alleged and incorporated as if fully set forth here.

21. Between March 1, 2009, and February 28, 2010, in the Northern District of California, the defendants,

IAN FURMINGER and
EDMOND ROBLES,

each being an agent of a local government and each aided and abetted by the other, did knowingly embezzle, steal, obtain by fraud, convert to the use of a person other than the rightful owner, and intentionally misapply property worth at least $5,000, and under the care, custody and control of such local government, in violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

COUNT EIGHT: (18 U.S.C. § 1951 – Extortion Under Color of Official Right)

22. The factual allegations in Paragraphs 1, 2, 7, 8(c), and 8(d) are re-alleged and incorporated as if fully set forth here.

23. Between in and about August 2011 and in and about August 2012, in the Northern District of California, the defendant,

IAN FURMINGER,

did knowingly obstruct, delay, and affect in any way and degree commerce and the movement of articles and commodities in commerce by extortion, that is, by obtaining property from S.S. with S.S.'s consent induced under color of official right, in violation of Title 18, United States Code, Section 1951.

/ / /

/ / /

/ / /

/ / /

COUNT NINE: (21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances)

24. The factual allegation in Paragraphs 1 through 4 are re-alleged and incorporated as if fully set forth here.

25. Beginning on a date unknown to the grand jury but no later than on or about February 19, 2009, and continuing through at least on or about April 9, 2011, in the Northern District of California, the defendants,

IAN FURMINGER and
EDMOND ROBLES,

R.V., and others did knowingly and intentionally conspire to distribute controlled substances, in violation of Title 21, United States Code, Sections 846 and 841.

DATED: October 30, 2014

A TRUE BILL.

Nancy J. Peterson
FOREPERSON

MELINDA HAAG
United States Attorney

J. Douglas Wilson
J. DOUGLAS WILSON
Chief, Criminal Division

(Approved as to form: ____________
AUSAs Hemann, and Villazor