TERESA CAFFESE (CSBN: 124342)
LAW OFFICES OF TERESA CAFFESE
1000 Brannan Street, Suite 400
San Francisco, CA  94105
Telephone: (415) 536-1455

Attorney for Defendant
EDWARD ROBLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD ROBLES, et al.<br><br>Defendants. | Case No. CR-14-102 CRB<br><br>**DEFENDANT ROBLES' AMENDED WITNESS LIST**<br><br>TRIAL DATE:  NOVEMBER 3, 2014<br>TIME:  9:00 A.M.<br>CTRM:  6, 17TH FL. |

**TO ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that Defendant Edward Robles, by and through undersigned counsel, has amended his witness list in light of recent discover.  He now discloses the following potential defense witnesses for jury trial:

1. Frank Agosta
2. Nicole Manning Bruckert (SFPD)
3. Josephine Blink
4. Daniel Boyd (FBI)
5. Stephen Bucy (SFPD)
6. Justin-Paul Bugarin (SFPD)
7. Jim Calonico (SFPD)

-2-

8. Eric Clay
9. Jerome DeFillippo (SFPD)
10. Ellen Dolese (OCC)
11. Al Duarte (SFPD)
12. Joseph Emanuel (SFPD)
13. Mehdi Gahne
14. Charles Gallman
15. Bobby Greiner (SFPD)
16. Bob Hammer
17. Mike Hickman
18. Ben Houston (SFPD)
19. Candice Hilder (SFPD)
20. Michelle Jean (SFPD)
21. OCC Investigator Jolice
22. Bob Kaprosh (SFPD)
23. Darcy Keller (SFPD)
24. Matthew Kenny (SFPD)
25. Fouga Lakalaka
26. Gabriel Lara
27. Rick Lazorro
28. Quijaun Maloof
29. Chris Millikin
30. Officer Minner (SFPD)
31. Farshad Moinzadeh
32. Rachel Murphy (SFPD)
33. Christopher Olsen (SFPD)
34. John O'Rourke (SFPD)
35. Darsham Patel

| | |
|---|---|
| 1 | 36. Sue Patel |
| 2 | 37. Christopher Pedrini (SFPD) |
| 3 | 38. Brian Philpot (SFPD) |
| 4 | 39. Ernest Robles |
| 5 | 40. John Pioti |
| 6 | 41. David Sands (SFPD) |
| 7 | 42. Denise Schmidt (SFPD) |
| 8 | 43. Pete Siragusa |
| 9 | 44. Tasha Smith |
| 10 | 45. Saturnino Solanoy |
| 11 | 46. Patricia Velarde |
| 12 | 47. Pete Walsh (SFPD) |
| 13 | 48. Brenda Wilson (FBI) |
| 14 | 49. Constantine Zachos (SFPD) |

Defendant is still actively locating and interviewing potential trial witnesses, evidence and documents and will disclose the same as is discovered or received.

DATED: November 2, 2014

Respectfully submitted,

LAW OFFICES OF TERESA CAFFESE

By: __/s/_____
TERESA CAFFESE
Attorney for Defendant
EDWARD ROBLES