MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Email:  john.hemann@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 14-0102 CRB |
|      Plaintiff, | ) |
|   v. | ) |
| | ) **REVISED WITNESS LIST** |
| IAN FURMINGER, EDMOND ROBLES AND | ) |
| REYNALDO VARGAS, | ) |
|      Defendants. | ) |

The United States hereby identifies the following potential case-in-chief trial witnesses:

1.  Frank Agosta

2.  Griselda Aquilar

3.  Carlos Alfaro (DEA)

4.  Shahin Ayari

5.  Richard Bodisco (SFPD)

6.  David Bopp

7.  Daisy Bram

8.  David Brandt (SFPD)

9.  Andrew Byrd

10. Burgess Crosby

11. Steven Bucy (SFPD)

12. Jerome DiFillipo (SFPD)

13. Sean Doherty (SFPD)

14. Ian Elliot

15. Danielle Farrell (DEA)

16. James Folger (FBI)

17. Alma Furlong

18. Joseph Furlong

19. Anthony Heckman (Newark PD)

20. Caesar Hernandez

21. Jack Humer (Barrington PD)

22. Kenneth Kwak (ATF)

23. Matthew Kenney (SFPD)

24. Gabriel Lara

25. Marguerite McHenry (FBI)

26. Bernadette Melvin

27. Joseph Minner (SFPD)

28. Kenneth Montgomery (FBI)

29. Rachel Murphy (SFPD)

30. Tyler Nave (FBI)

31. Greg Nestor (FBI)

32. Christopher Olson (SFPD)

33. Melissa Patrick (FBI)

34. Crystal Ponzer

35. Records Custodians and authentication witnesses, as necessary, for disclosed exhibits

36. Megan Long Quinn (ATF)

37. Roslyn Quinn

38. Pamela C. Reynolds (FBI)

39. Cayetana Reynoso

40. Malaquias Reynoso

41. Sherman Richards

42. Sergio Sanchez

43. David Sands (SFPD)

44. Ed Santos (SFPD)

45. Tasha Smith (SFPD)

46. William Siccord (DEA)

47. Kelsey Stewart

48. Stephanie Stewart (FBI)

49. Robert Tucker(ATF)

50. Joseph Valdez (SFPD)

51. Reynaldo Vargas

52. Sergio Vasquez

53. Michael Vice

54. Jayme Walsh

55. Eileen Marie Waniger (FBI)

56. Constantine Zachos (SFPD)

57. Gene Zaychenko

1    Respectfully submitted,

2                                              MELINDA HAAG
                                               United States Attorney
3
                                               /S/ Rodney Villazor
4
                                               _____
5                                              JOHN H. HEMANN
                                               RODNEY C. VILLAZOR
6                                              Assistant United States Attorneys

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28