# Exhibit A

| MESSAGE DATE/TIME | FROM | TO | MESSAGE TEXT |
|---|---|---|---|
| 1/20/2012 7:30:59 | 4153094914 | 9253366709 | You off today? coffee? I am reaching out man! |
| 1/20/2012 7:35:01 | 9253366709 | 4153094914 | I'm working bro...try to get Zachos to come to eat with us Tuesday |
| 1/20/2012 8:08:38 | 4153094914 | 9253366709 | I might see him sunday! Where are You going to watch the Giants game? |
| 1/22/2012 13:40:30 | 4153094914 | 9253366709 | Considering moving to Danville |
| 1/23/2012 9:10:44 | 9253366709 | 4153094914 | Why? |
| 1/23/2012 9:17:04 | 4153094914 | 9253366709 | Orinda too quiet and we could get house on culdesac with pool. |
| 1/23/2012 9:17:59 | 9253366709 | 4153094914 | Cool |
| 1/23/2012 10:17:35 | 4153094914 | 9253366709 | Plus Steph is a Fuckin stick in the mud! maybe if we lived near a trail she might come walking or bike riding with me and the kids for once |
| 1/23/2012 10:19:07 | 9253366709 | 4153094914 | Oh...hey you in for tomorrow? |
| 1/23/2012 10:24:48 | 4153094914 | 9253366709 | Yeah |
| 1/23/2012 11:52:40 | 9253366709 | 4153094914 | Cool |
| 1/24/2012 10:26:47 | 9253366709 | 4153094914 | Got reservations for us at 7:00...Izzy's Steaks in San Ramon. Take Billinger Canyon Rd off 680 go east to Alcosta. See you fools there! BTW...Whiskeys of the World started selling tickets to the event in March...get one before |
| 1/24/2012 10:26:48 | 9253366709 | 4153094914 | they sell out! |
| 1/24/2012 10:57:51 | 4153094914 | 9253366709 | Dont tell me what to do! |
| 1/24/2012 17:53:00 | 9253366709 | 4153094914 | Johnny Z answer?? |
| 1/24/2012 17:56:47 | 4153094914 | 9253366709 | Yeah he is watching kids cause wife working late so cant go! Wants to go next time! |
| 1/28/2012 16:19:11 | 4153094914 | 9253366709 | What you got goin on? |
| 1/30/2012 16:58:48 | 4153094914 | 9253366709 | You gotta get in on this creepin dude! LMFAO Creepin to the left, creepin to the right, creepin all day and in to the night! |
| 1/30/2012 17:05:00 | 4153094914 | 9253366709 | What up nikku! |
| 1/30/2012 17:57:26 | 9253366709 | 4153094914 | At home blood |
| 1/30/2012 18:14:14 | 4153094914 | 9253366709 | You alright? You aint been respondin and shit |
| 1/30/2012 18:14:41 | 9253366709 | 4153094914 | Yeah...ill call you tomorrow |
| 1/30/2012 18:47:46 | 4153094914 | 9253366709 | Whatever dude! |
| 1/31/2012 18:28:36 | 4153094914 | 9253366709 | You alright dude? |
| 1/31/2012 18:51:36 | 9253366709 | 4153094914 | Yeah bro....worked ot. Call you tomorrow |
| 1/31/2012 18:52:26 | 4153094914 | 9253366709 | Fuck off |
| 2/1/2012 18:06:55 | 4153094914 | 9253366709 | You ok man? Heard your trippin! |
| 2/1/2012 20:23:13 | 9253366709 | 4153094914 | Answer the phone bitch |
| 2/1/2012 20:25:07 | 9253366709 | 4153094914 | 2 NEW VMAIL 0 URG 0 FAX *86 |

| Date/Time | From | To | Message |
|---|---|---|---|
| 2/2/2012 19:44:19 | 4153094914 | 9253366709 | This thing with Emma is brutal! Lucie's head is gonna spin at the next court date! My Attorney is ready to shove this thing up her ass! |
| 2/2/2012 19:55:34 | 9253366709 | 4153094914 | LOL good. |
| 2/4/2012 12:13:00 | 4153094914 | 9253366709 | I gotta tell You about the new creeper! LMAO |
| 2/5/2012 8:46:38 | 4153094914 | 9253366709 | Gettin a little tired of reachin out man! |
| 2/5/2012 8:48:39 | 9253366709 | 4153094914 | Sup bro wtf are you talking about fool. What u doing for bowl nigga? |
| 2/5/2012 8:55:34 | 4153094914 | 9253366709 | Might stop by Pete's early, even before game, then come back here for 2nd half |
| 2/7/2012 8:48:44 | 9253366709 | 4153094914 | Do you have a portable generator I could borrow? |
| 2/7/2012 8:50:33 | 4153094914 | 9253366709 | No! Keep meaning to buy one but the good ones expensive! the ones on craigslist are burned out! |
| 2/7/2012 8:51:11 | 9253366709 | 4153094914 | Fag |
| 2/7/2012 8:52:15 | 4153094914 | 9253366709 | What do you need it for? Rent a bad ass one at Cresco! |
| 2/7/2012 8:53:03 | 9253366709 | 4153094914 | Pitching machine...looking for a smaller Honda eu |
| 2/7/2012 8:54:16 | 4153094914 | 9253366709 | Oh yeah You need one for that but a basic one! get the entry level honda |
| 2/7/2012 8:56:06 | 9253366709 | 4153094914 | They're hella money....Sergio nigga |
| 2/7/2012 8:56:53 | 4153094914 | 9253366709 | Not that bad for a small one! Like 600 |
| 2/7/2012 8:57:13 | 9253366709 | 4153094914 | Fuck that.... |
| 2/7/2012 9:14:47 | 4153094914 | 9253366709 | Mother ducker I asked if You want to get coffee! |
| 2/7/2012 9:16:02 | 9253366709 | 4153094914 | At home...waiting for painter for other house. Can't do it right now |
| 2/7/2012 9:26:49 | 4153094914 | 9253366709 | Fag |
| 2/7/2012 9:29:03 | 9253366709 | 4153094914 | Takes one to know one |
| 2/7/2012 17:26:39 | 4153094914 | 9253366709 | You and I hung out tonight at round up if anyone asks! Copy? |
| 2/7/2012 17:27:23 | 9253366709 | 4153094914 | K |
| 2/7/2012 17:28:17 | 4153094914 | 9253366709 | Creepin niku |
| 2/9/2012 17:38:47 | 9253366709 | 4153094914 | http://www.whiskiesoftheworld.com/wow/\n\nGet your fix fools!!! |
| 2/9/2012 20:14:08 | 4153094914 | 9253366709 | When do you need help with the move? I can rent and pull any size trailer! |
| 2/9/2012 21:52:14 | 9253366709 | 4153094914 | Thx bro. Ill hit u up |
| 2/12/2012 15:34:20 | 4153094914 | 9253366709 | What you doin |
| 2/13/2012 17:11:34 | 4153094914 | 9253366709 | 901 when you get a chance! |
| 2/13/2012 17:11:34 | 4153094914 | 9253366709 | 901 when you get a chance! |