# Exhibit B

| Date/Time | From | To | Message |
|---|---|---|---|
| 2/7/2012 8:48:44 | 9253366709 | 4153094914 | Do you have a portable generator I could borrow? |
| 2/7/2012 8:50:33 | 4153094914 | 9253366709 | No! Keep meaning to buy one but the good ones expensive! the ones on craigslist are burned out! |
| 2/7/2012 8:51:11 | 9253366709 | 4153094914 | Fag |
| 2/7/2012 8:52:15 | 4153094914 | 9253366709 | What do you need it for? Rent a bad ass one at Cresco! |
| 2/7/2012 8:53:03 | 9253366709 | 4153094914 | Pitching machine...looking for a smaller Honda eu |
| 2/7/2012 8:54:16 | 4153094914 | 9253366709 | Oh yeah You need one for that but a basic one! get the entry level honda |
| 2/7/2012 8:56:06 | 9253366709 | 4153094914 | They're hella money....Sergio nigga |
| 2/7/2012 8:56:53 | 4153094914 | 9253366709 | Not that bad for a small one! Like 600 |
| 2/7/2012 8:57:13 | 9253366709 | 4153094914 | Fuck that.... |

2

Produced pursuant to a protective order

Produced pursuant to a protective order

US-001189

US-038897