1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    J. DOUGLAS WILSON (DCBN 412811)
3   Chief, Criminal Division

4   JOHN H. HEMANN (CABN 165823)
    RODNEY C. VILLAZOR (NYBN 4003596)
5   Assistant United States Attorneys

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7200
         Email:  john.hemann@usdoj.gov
8
    Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,        )   No. CR 14-0102 CRB
14                                    )
            Plaintiff,                )
15                                    )
        v.                            )
16                                    )   **REVISED EXHIBIT LIST**
    IAN FURMINGER, EDMOND ROBLES AND  )
17  REYNALDO VARGAS,                  )
                                      )
18  _____Defendants._____ )

19

20

21

22

23

24

25

26

27

28

| Number | Description | Bates Range | Offered | Admitted |
|--------|-------------|-------------|---------|----------|
| 1 | SFPD Oath of Office | US-038348 | | |
| 2 | SFPD Informant Manual DM-15 (02/1998) | US-13136-163 | | |
| 3 | Mission Station Police Station Photo (Front Entrance) | | | |
| 4 | Mission Station District Map | US-038925 | | |
| 5 | rv_star979@yahoo.com iTunes account | US-000491-0505; US_B017A-0103-0105 | | |
| 6 | Apple 360-Degree View<br>Name: Reynaldo Vargas<br>Phone: 510-632-8239<br>DSID: 100933449<br>rv_star979@yahoo.com | US_B017A-0101-0102 | | |
| 7 | Apple 360-Degree View<br>Name: Rey C. Vargas<br>Phone: 415-717-2936<br>DSID: 1017348707<br>hm221@pacbell.net | US-000420 | | |
| 8 | Apple Account: rv_star979@yahoo.com Registered Device History | US-000495 | | |
| 9 | Apple Authorized System Details<br>Authorized Desktops<br>Machine GUID | US_B017A-0130; US-000510 | | |
| 10 | iTunes Data rv_star979@yahoo.com (05/25/2005-08/08/2012) | US_B017A-0092-0100 | | |
| 11 | Apple iTunes Data<br>iTunes order activity details related to GUID 0017F2D4A925<br>(Inception to Till Date) | US-000461-0466 | | |
| 12 | Apple Consumer 45648595<br>Customer: Reynaldo Vargas<br>DSID: 100933449<br>Apple ID: rv_star979@yahoo.com | US-000491 | | |
| 13 | Apple iTunes Data<br>iTunes order activity details related to DSID 100933449<br>(Inception to Till Date) | US-000479-0490 | | |

| Number | Description | Bates Range | Offered | Admitted |
|---|---|---|---|---|
| 14 | Apple iTunes Data<br>Subscriber Information related to GUID<br>(Inception to Till Date) | US_B017A-0133-0135 | | |
| 15 | Apple iTunes Data<br>Subscriber Information related to GUID<br>(Inception to Till Date) | US_B017A-0121 | | |
| 16 | Apple iTunes Data (by GUID)<br>(12/26/2007-04/04/2009) | US-001078-1081 | | |
| 17 | Apple Duplicate Receipt<br>Customer: Nia Willois<br>MacBook Pro 15" (S/N<br>W87081VLW0H)<br>(04/02/2007) | US_B017A-0127 | | |
| 18 | Apple Installed Product ID 164441115<br>Customer: Nia-Marie Fambro<br>MacBook Pro 15" (S/N W87081VL0H)<br>(04/02/2007) | US_B017A-0117-0118;<br>US_B017A-0184-185 | | |
| 19 | Apple 360-Degree View<br>Name: Nia-Marie Fambro<br>Phone: (512) 531-3728<br>DSID: 165193412<br>nia.willois@frogdesign.com | US_B017A-0125 | | |
| 20 | Apple Installed Product ID 230498481<br>Customer: Reynaldo Vargas<br>iPhone 8 GB (S/N 5K8044G5WH8)<br>(07/25/2007) | US_B017A-0106-0107 | | |
| 21 | Apple Installed Product ID 180678421<br>Customer: Reynaldo Vargas<br>iPhone 8 GB (S/N 7T7278D7WH8)<br>(07/25/2007) | US_B017A-0108-109 | | |
| 22 | Apple Duplicate Receipt<br>Customer: David L. Vice<br>iPod shuffle 1 GB<br>ITS GC Holiday<br>Multichannel Gift Card xxxx9986 ($500)<br>(12/24/2008) | US_B006B-0264;<br>US-001025 | | |
| 23 | Apple Account Transaction Detail<br>Mall of Louisiana<br>Merchant Number 97016300006<br>$500.00<br>(12/24/2008) | US-001030 | | |
| 24 | Apple Duplicate Receipt<br>Customer: Karen Andersen<br>MacBook Pro 15"<br>(S/N W888087JMYJX)<br>Incase Neosprene 15"<br>(02/26/2008 1:08 PM) | US_B017A-0128 | | |
| 25 | Apple Duplicate Receipt<br>Customer: Karen Andersen<br>MacBook Pro 15' (S/N<br>W888087JMYJX) | US_B017A-0129 | | |

| Number | Description | Bates Range | Offered | Admitted |
|--------|-------------|-------------|---------|----------|
| | HP Photosmart C4280 (02/28/2008 2:37 PM) | | | |
| 26 | Apple Installed Product ID 233681895 Customer: Gavin Westin MacBook Pro 15" S/N W88087JMYJX (02/28/2008) | US_B017A-0119-0120 | | |
| 27 | MacBook Pro 15" S/N W88087JMYJX | FBI | | |
| 28 | Apple 360-Degree View Name: Gavin Westin DSID: 1157014203 sintolino@hotmail.com | US_B017A-0126 | | |
| 29 | Apple Duplicate Receipt Customer: Michael Vice Apple Composite AV Cable Gift Card New xxx3084 ($53.17) (02/12/2009) | US_B006B-0265; US-000425 | | |
| 30 | Apple Registration Record (03/04/2009) | US-000439-0443 | | |
| 31 | Apple Account Inquiry Results Account: 6050709853153084 Store: 8888 (03/04/2009) | US-001029 | | |
| 32 | Apple Account Inquiry Results Account: 6050828813929986 Store: 8888 (03/04/2009) | US-001028 | | |
| 33 | Apple Purchase Receipt Customer: Rey C. Vargas iPod Nano 16 GB (S/N YM9032PS5BF) iPhone 3G 15 GB (S/N 88901UX9Y7K) (03/04/2009) | US-000412-0413; US-001037-1038 | | |
| 34 | Apple Duplicate Receipt Customer: Rey C. Vargas iPod Nano 16 GB (S/N YM9032PS5BF) iPhone 3G 15 GB (S/N 88901UX9Y7K) (03/04/2009) | US-000426-0427 | | |
| 35 | Apple Duplicate Receipt Customer: Nick Kuttin One to One Membership MacBook Pro 13.3 (S/N W8932FDX66E) App for iPod Touch (09/01/2009) | US_B017A-0123-0124 | | |
| 36 | Apple Store, North Michigan Avenue One to One Membership MacBook Pro 13.3" (S/N W8932FDX66E) App for MacBook Air | US_B0017A-0164-0165 | | |

| Number | Description | Bates Range | Offered | Admitted |
|---|---|---|---|---|
| | Canon PIXMA MP620 (09/01/2009) | | | |
| 37 | Apple Installed Product ID 357709587 Customer: scotty krasnuik MacBook Pro 13" S/N W8932FDX66E (09/01/2009) | US_B017A-0116 | | |
| 38 | iTunes skrazykraz@yahoo.com Account (09/01/2009) | US-000448 | | |
| 39 | Apple 360-Degree View Name: scotty krasnuik Phone: (415) 532-4172 skrazykraz@yahoo.com DSID: 5337368305 | US_B017A-0122 | | |
| 40 | Apple Installed Product ID 463112212 Customer: Reynaldo Vargas iPhone 4 32 GB (S/N 84028FC3A4T) (07/10/2010) | US_B017A-0110-111 | | |
| 41 | UBDeviceUnbrickLog Detail (03/04/2009) | US-000444; US-00168 | | |
| 42 | UBDeviceUnbrickLog Detail (07/17/2010) | US-001069 | | |
| 43 | UBDeviceUnbrickLog Detail (08/01/2010) | US-001070 | | |
| 44 | iTunes Account: dsrtrdblkr@gmail.com Name: Ms. Marie Elaina Wilke (04/25/2011) | US_B017A-0132 | | |
| 45 | SFPD Arrest Report (081-350-781) Re: Shain Ayari | US_B0019-0015-0021 | | |
| 46 | SFPD Informant File for Shain Ayari | US_B0019-0009-0010 | | |
| 47 | SFPD Arrest Report (081-375-331) Re: Cesar Hernandez (12/27/2008) | US_B008A-0079-0081 | | |
| 48 | Hotel Registration Card (12/21/2008) | US_B008A-0082 | | |
| 49 | Secure View 1 (Ver. 2.3.0) Phone: (415) 240-8767 (08/25/2011) | US_B008A-0161-0226 | | |
| 50 | SFPD Memorandum Re: Informant Initiation (02/20/2009) | US_B008A-0316 | | |
| 51 | SFPD Cooperating Individual Agreement (02/20/2009) | US_B008A-0317 | | |

| Number | Description | Bates Range | Offered | Admitted |
|--------|-------------|-------------|---------|----------|
| 52 | SFPD Cooperating Individual Agreement (02/17/2010) | US_B008A-0318 | | |
| 53 | SFPD Single Incident Informant Identification Record (02/17/2010) | US_B008A-0319 | | |
| 54 | SFPD Informant Contact/Payment Report 09-08 | US_B008A-0320 | | |
| 55 | Mission Police Station Sketch | US_B008A-0327 | | |
| 56 | SFPD Receipt Form for 09-08<br><br>A. 11/12/2010<br>B. 07/29/2010<br>C. 09/09/2010<br>D. 02/05/2011<br>E. 08/20/2010<br>F. 08/25/2010 | US_B008A-0334-0336; 0371-0374; 0379-0380 | | |
| 57 | SFPD Source Debriefing Report<br><br>A. 08/20/2010<br>B. 08/25/2010<br>C. 12/26/2010<br>D. 02/05/2011 | US_B008A-0375-0378; 0381 | | |
| 58 | CLETS Run re Jayme Walsh | US_B004C-0288-0435 | | |
| 59 | List of SFPD employee ID Re: Cable/CII inquiries on Jayme Walsh (01/01/2009-06/13/2011) | US_B004C-0121-0122 | | |
| 60 | SNIFR Audit Re: Jayme Walsh | US_B004B-0069 | | |
| 61 | Cable Query Response Re: Daisy Bram (03/03/2009) | US_B004B-009 | | |
| 62 | CLETS Run Re: Daisy Bram | US_B004C-0173-0286 | | |
| 63 | List of SFPD employee ID Re: Cable/CII inquiries on Daisy Bram (01/01/2009-06/13/2011) | US_B004C-0123-0124 | | |
| 64 | SFPD Cooperating Individual Agreement Daisy Bram (03/03/2009) | US_B004B-0065 | | |
| 65 | SFPD Informant Identification Record | US_B004B-0066 | | |

| Number | Description | Bates Range | Offered | Admitted |
|---|---|---|---|---|
| 66 | Daisy Bram Photo Identification Re: Vargas | US_B004B-0081 | | |
| 67 | Daisy Bram Photo Identification Re: Robles | US_B004B-0082 | | |
| 68 | Daisy Bram Photo Identification Re: Furminger | US_B004B-0083 | | |
| 69 | SFPD Memorandum re: Request to Manage 10-04 (03/09/2011) | US-18900 | | |
| 70 | SFPD Memorandum re: Informant Initiation (01/21/2010) | US-18901-904 | | |
| 71 | SFPD Arrest Report (090-024-072) (03/02/2009) | US-B006A-0048-0053 | | |
| 72 | SFPD Incident Report (090-024-072) (03/02/2009) | US_B006A-0030-0035 | | |
| 73 | Pictures of Furlong Drugs and Money | US_B006A_0043-0047 | | |
| 74 | SFPD Incident Report (090-232-172) (03/04/2009) | US-000779-0782 | | |
| 75 | Mission District Property Control Log (03/02/2009-03/03/2009) | US_B006A-0054 | | |
| 76 | A. SFPD Analyzed Evidence manila envelope<br><br>B.  SFPD Crime Narcotics Analysis 228.99 G marijuana (03/05/2009)<br><br>C. 1 quart size bag of marijuana<br><br>D. 1 sandwich size bag of marijuana | FBI 1B16 | | |
| 77 | A. SFPD Analyzed Evidence manila envelope<br><br>B. SFPD Crime Narcotics Analysis (03/09/2009)<br><br>C.  Bottle of Oxycotin<br><br>C. Plastic bag with yellow substance<br><br>D. Plastic bag with black tar substance | FBI 1B17 | | |

| Number | Description | Bates Range | Offered | Admitted |
|--------|-------------|-------------|---------|----------|
| | E. Plastic bag with white powder<br><br>F. Plastic bag with white rocks | | | |
| 78 | A. SFPD Analyzed Evidence manila envelope<br><br>B. SFPD Crime Narcotics Analysis (03/03/2009)<br><br>C. (21) bindles of brown powder<br><br>D. (5) bindles of black tar heroin<br><br>E. (6) bindles of crack cocaine<br><br>F. (2) bindles of white powder<br><br>G. (4) morphine pills | FBI 1B17 | | |
| 79 | SFPD Property Release (10/20/2009) | US_B006A-0086-0091 | | |
| 80 | Mission Station Call Log 415-255-1180 (01/01/2009-12/29/2009) | US_B006B-0480-0497;<br>US_B004B-0099-0107 | | |
| 81 | Gelateria Naia Store Locations http://gelaterianaia.com/?page_id=14 | US-038934-0942 | | |
| 82 | Kelsey T. Stewart Hotel Registration Card (04/21/2009) | US-13084 | | |
| 83 | Joseph Furlong Hotel Registration Card 513 Bush Street (09/23/2008) | US-13130; US-00783 | | |
| 84 | SFPD Incident Report (090-232-172) (03/04/2009) | US_B006A-0060--063 | | |
| 85 | SFPD Event History Detail (03/04/2009) | US-000830 | | |
| 86 | Gelateria Naia Job Application (08/30/2008) | US-000859-0861 | | |
| 87 | Activity Records Phone Log (03/09/2009) | US_B006A-0191 | | |
| 88 | SF Police Credit Union Statement (03/31/2009) | US-000409 | | |

| Number | Description | Bates Range | Offered | Admitted |
|---|---|---|---|---|
| 89 | Tiffany & Co. Invoice $358.00 (05/20/2007) | US_B006B-0226 | | |
| 90 | Tiffany & Co. Invoice $1,100.00 (12/21/2008) | US_B006B-0227 | | |
| 91 | Tiffany & Co. Invoice $125.00 (06/28/2006) | US_B006B-0228 | | |
| 92 | Phone Log 415-632-2686 (03/10/2009-04/02/2009) | US_B004B-0118-0123 | | |
| 93 | Phone Log 415-717-2936 (07/28/2009) | US_B004B-0124-0126 | | |
| 94 | SFPD Line Up re Vargas (02/01/2012) | US_B006B-0158 | | |
| 95 | SFPD Line Up re Furminger (02/01/2012) | US_B006B-0159 | | |
| 96 | SFPD Line Up re Robles (02/01/2012) | US_B006B-0160 | | |
| 97 | SF Department of Parking & Traffic Citation 760541821 (03/24/2009) | US_B004C-0170 | | |
| 98 | SFPD Incident Report (090-312-655) (03/25/2009) | US_B004A-0035-0037 | | |
| 99 | SFPD Event History Detail (03/25/2009) | US_B004A-0038-0040 | | |
| 100 | SFPD Unit History Detail for 3D103 (03/26/2009) | US_B004A-0041 | | |
| 101 | SFPD Unit History Detail for 3D37A (03/25/2009) | US_B004A-0038-0042 | | |
| 102 | SFPD Radio Transmissions (03/25/2009) | US-13182 | | |
| 103 | SFPD Event History Detail (03/25/2009) | US_B004A-0044-0048 | | |
| 104 | SFPD Station Property Control Log (03/25/2009-3/26/2009) | US-038422 | | |
| 105 | SFPD Crime Lab Reporting System Narcotics Analysis Report (090-312-655) | US_B004A-0050-0055 | | |

| Number | Description | Bates Range | Offered | Admitted |
|--------|-------------|-------------|---------|----------|
| 106 | SFPD Crime Lab Pictures | US_B004A-0056-0115 | | |
| 107 | A.  Analyzed Evidence Envelope 2/5<br>B.  Tasha Smith Report 89.14 g<br>C.  Ziplock marijuana<br>D.  Ziplock marijuana<br><br>(03/27/2009) | FBI | | |
| 108 | A. Analyzed Evidence Envelope 3/5<br>B. Tasha Smith Report 99.60 g<br>C.  Ziplock marijuana<br>D.  Ziplock marijuana<br><br>(03/27/2009) | FBI | | |
| 109 | A. Analyzed Evidence Envelope 4/5<br>B. Tasha Smith Report 98.87 g<br>C.  Ziplock marijuana<br>D.  Ziplock marijuana<br><br>(03/27/2009) | FBI | | |
| 110 | A. Analyzed Evidence Envelope 5/5<br>B. Tasha Smith Report 94.60 g<br>C.  Ziplock marijuana<br>D.  Ziplock marijuana<br><br>(03/27/2009) | FBI | | |
| 111 | UPS Box<br>Tracking No. 1Z951X070193022745 | FBI – 1B3 | | |
| 112 | A.  (4) Food Saver Vacuum Sealed Bags<br>    "190 g.  6.785702 Kush Mix"<br><br>B.  Marijuana 216.7 g<br>    Lab. No. 716J005 | FBI – 1B2 | | |
| 113 | A.  (3) Food Saver Vacuum Sealed Bags<br>    "215 g. 7.678502  Big Bud"<br><br>B.  Marijuana 246.9 g<br>    Lab. No. 716J005 | FBI – 1B1 | | |
| 114 | (1) Food Saver Vacuum Sealed Bag<br>"Purple Kush  1.003" | FBI – 1B5 | | |
| 115 | UPS Recovery Report<br>(03/24/2009) | US_B004A-0119 | | |
| 116 | UPS Investigation 090-SFO-0170<br>(03/25/2009) | US_B004A-0118;<br>US-13410-417 | | |
| 117 | UPS Incident Investigation<br>(03/27/2009) | US-13418-421 | | |

| Number | Description | Bates Range | Offered | Admitted |
|---|---|---|---|---|
| 118 | UPS Corporate Security Investigation Detail Report (04/07/2009) | US_B004A-0125-0134 | | |
| 119 | UPS Corporate Security Investigation Detail Report (12/12/2009) | US_B004A-0182-0184 | | |
| 120 | UPS Next Day Air Label | US_B004A-0139 | | |
| 121 | Barrington P.D. Supplemental Report (03/26/2009) | US-18842-843 | | |
| 122 | Barrington Police Evidence Receipt | US_B004A-0140 | | |
| 123 | Barrington Evidence Inventory Report (03/29/2009) | US_B004A-0142 | | |
| 124 | Barrington Complaint for Search Warrant | US_B004A-0178-0179 | | |
| 125 | Barrington Evidence Inventory Report (03/29/2009) | US_B004B-0246 | | |
| 126 | Barrington Evidence Pictures<br><br>A. UPS Box and 190g Kush Mix<br>B. UPS Box and 190g Kush Mix<br>C. UPS Box and 190g Kush Mix<br>D. 215g Big Bud<br>E. 190g Kush Mix<br>F. 190G 6.7857 oz Kush Mix<br>G. 190G 6.7857 oz Kush Mix<br>H. 190G 6.7857 oz Kush Mix | US_B004A-0194-0201 | | |
| 127 | DEA Laboratory Report (07/21/2011) | US_B004B-0266 | | |
| 128 | FBI Quantico Report of Examination (08/09/2011) | US_B004B-0281-0286 | | |
| 129 | FBI Quantico Report of Examination (08/12/2011) | US_B004B-0287-0289 | | |
| 130 | FBI Quantico Report of Examination (08/18/2011) | US_B004B-0290-0292 | | |
| 131 | Aida Hotel Registry (03/07/2009) | US_B004B-0131 | | |
| 132 | Aida Hotel Receipts<br><br>A. (03/24/2009) | US_B004B-0132-0143 | | |

| Number | Description | Bates Range | Offered | Admitted |
|--------|-------------|-------------|---------|----------|
| | B. (03/26/2009)<br>C. (03/28/2009)<br>D. (03/28/2009)<br>E. (03/29/2009)<br>F. (03/29/2009)<br>G. (03/31/2009)<br>H. (04/01/2009)<br>I. (04/03/2009)<br>J. (04/10/2009) | | | |
| 133 | SFGate.com (03/26/2009)<br>Re: DEA raids pot dispensary in SF | US_B004A-0299-0301 | | |
| 134 | SFPD Arrest Report (090-356-603)<br>Re: Jayme Walsh<br>(04/05/2009) | US_B004A-507 | | |
| 135 | Notice to Appear (007814586)<br>Re: Jayme Walsh<br>(04/05/2009) | US_B004A-516 | | |
| 136 | SFPD Arrest Report (090-359-760)<br>Re: Daisy Bram<br>(04/06/2009) | US_B004A-0356-0359 | | |
| 137 | Ofc. Sean Doherty (7) Notebooks<br>A. Notebook<br>B. Notebook<br>C. Notebook<br>D. Notebook<br>E. Notebook<br>F. Notebook<br>G. Notebook | FBI – 1B9 | | |
| 138 | SFPD Crime Laboratory Reporting System Narcotics Analysis Report (04/07/2009) | US_B004A-0374-0376 | | |
| 139 | CLETS run by A01683<br>Re: Jayme Walsh | US_B004C-313 | | |
| 140 | Interview of Daisy Bram<br>(07/21/2009) | US-037719 | | |
| 141 | Daisy Bram Voicemail<br>(07/28/2009) | US_B004C-006-007 | | |
| 142 | SFPD Incident Report (090-852-128)<br>(07/28/2009) | US_B004C-0010-0013 | | |
| 143 | SFPD Memo re Threatening Phone Call<br>(07/29/2009) | US_B004C-0014 | | |
| 144 | SFPD Memo re: Update to 650 Calls<br>(08/05/2009) | US_B004C-0016 | | |

| Number | Description | Bates Range | Offered | Admitted |
|--------|-------------|-------------|---------|----------|
| 145 | FBI S/A Greg Nestor Photo Log Sketch Boone, Iowa (07/06/2011) | US_B004B-0150 | | |
| 146 | Boone, Iowa Photographs | FBI | | |
| 147 | FBI Consent to Search FD-26 (07/06/2011) | US_B004B-0152 | | |
| 148 | FBI Consent to Search FD-26 (06/16/2011) | US_B004B-0221 | | |
| 149 | FBI Receipt for Property (09/26/2012) | US_B006A-0092 | | |
| 150 | SFPD Incident Report (091-251-022) (12/07/2009) | US-000521-0523 | | |
| 151 | SFPD Suppl. Incident Report (091-251-022) (12/07/2009) | US-000526-0532 | | |
| 152 | SFPD Search Warrant (08/05/2010) | US_B009-0077-0086; US-12791-796 | | |
| 153 | SFPD Operations Order (08/12/2010) | US_B009-0087-0093; US-12784-0790 | | |
| 154 | SFPD Incident Report (100-738-121) (08/12/2010) | US-000600-0604 | | |
| 155 | SFPD Event History Detail (08/12/2010) | US-000579-0580 | | |
| 156 | SFPD Employee Scheduling History ID: AO4938  Star: 1297 (08/01/2010-08/30/2010) | US_B009-0027 | | |
| 157 | Mexico Driver's License Ever Obet Chan Cen | US_B009-0033 | | |
| 158 | SFPD Receipt Form (07/29/2010) | US_B009-0038 | | |
| 159 | Detail Call Activity (08/12/2010) | US_B009-0063 | | |
| 160 | Toshiba Laptop Satellite L505 S/N 4A083238Q | FBI 1B8 | | |
| 161 | A. Picture of Toshiba Satellite L505 B. Picture of Toshiba Satellite L505 C. Picture of Toshiba Satellite L505 D. Picture of Toshiba Satellite L505 | US-000587-000592 | | |

| Number | Description | Bates Range | Offered | Admitted |
|--------|-------------|-------------|---------|----------|
|        | E. Picture of Toshiba Satellite L505<br>F. Picture of Toshiba Satellite L505 | | | |
| 162 | A. Picture from Toshiba Satellite L505<br>B. Picture from Toshiba Satellite L505<br>C. Picture from Toshiba Satellite L505<br>D. Picture from Toshiba Satellite L505<br>E. Picture from Toshiba Satellite L505<br>F. Picture from Toshiba Satellite L505 | US-000593-000598 | | |
| 163 | Silicon RCFL (05/10/2012) | US-13171-180 | | |
| 164 | RCFL CD | US-13181 | | |
| 165 | SFPD Chronological of Investigation | US_B0017A-0137-0143 | | |
| 166 | USPIS Search Warrant<br>(02/19/2010) | US_B017B-0151-0169 | | |
| 167 | SFPD Search Warrant<br>(02/20/2010) | US_B017C-0088-0092 | | |
| 168 | SFPD Incident Report (100-057-608)<br>(01/19/2010) | US_B017C-0023-0025 | | |
| 169 | SFPD Incident Report (100-155-058)<br>(02/16/2010) | US_B0017A-0155-0157; US-13243-247 | | |
| 170 | SFPD Incident Report (100-170-915)<br>(02/20/2010) | US_B0017A-0144-0153;<br>US_B017C-0009-0018 | | |
| 171 | SFPD Event History Detail (100-510-939)<br>(02/20/2010) | US-000115-0117;<br>US-13272-273 | | |
| 172 | A. Search Warrant Photo<br>B. Search Warrant Photo<br>C. Search Warrant Photo<br>D. Search Warrant Photo<br>E. Search Warrant Photo<br>F. Search Warrant Photo<br>G. Search Warrant Photo<br>H. Search Warrant Photo<br>I. Search Warrant Photo | US_B0017A-0080-0089 | | |
| 173 | SFPD Notice to Appear<br>No. 009804502<br>(02/20/2010) | US-000104 | | |
| 174 | SFPD Description of Evidence and Examination Request<br>(02/21/2010) | US_B017C-0114-0115 | | |

| Number | Description | Bates Range | Offered | Admitted |
|--------|-------------|-------------|---------|----------|
| 175 | A. Photo HPIMO0516.JPG<br>B. Photo HPIMO0517.JPG<br>C. Photo HPIMO0518.JPG<br>D. Photo HPIMO0519.JPG<br>E. Photo HPIMO0520.JPG | US_B017C-0082 | | |
| 176 | SFPD Search Warrant Inventory (02/20/2010) | US-000061 | | |
| 177 | Photos of Items Seized<br>A. Counterfeit currency<br>B. Passport<br>C. Credit cards | US_B017C-0098-0100 | | |
| 178 | 319 10th Street Photos (21 photos)<br><br>A. 319 10th Street Photo<br>B. 319 10th Street Photo<br>C. 319 10th Street Photo<br>D. 319 10th Street Photo<br>E. 319 10th Street Photo<br>F. 319 10th Street Photo<br>G. 319 10th Street Photo<br>H. 319 10th Street Photo<br>I. 319 10th Street Photo<br>J. 319 10th Street Photo<br>K. 319 10th Street Photo<br>L. 319 10th Street Photo<br>M. 319 10th Street Photo<br>N. 319 10th Street Photo<br>O. 319 10th Street Photo<br>P. 319 10th Street Photo<br>Q. 319 10th Street Photo<br>R. 319 10th Street Photo<br>S. 319 10th Street Photo<br>T. 319 10th Street Photo<br>U. 319 10th Street Photo | US-12799-00820;<br>US_B017C-0101-0113; US-000062-0078; | | |
| 179 | 319 10th Street CD of Photos | US-012798 | | |
| 180 | SFPD Event History Detail (093-160-683)<br>(11/12/2009) | US_B018-0013-0014 | | |
| 181 | Picture of Chevy Pickup Truck | US_B018-0018 | | |
| 182 | MetroGUARD Subscriber Record (408) 827-2548 | US-002107-2109 | | |
| 183 | metroPCS Subscriber Record (415) 706-8941 | US-002882 | | |

| Number | Description | Bates Range | Offered | Admitted |
|---|---|---|---|---|
| 184 | metroPCS Subscriber Record (415) 706-8941 | US-002889 | | |
| 185 | metroPCS Toll Records (07/02/2011-09/30/2011) | US-003617-3749 | | |
| 186 | metroPCS SMS/Text Messages (415) 706-8941 (03/14/2011-09/16/2011) | US-002116-2619 | | |
| 187 | metroPCS SMS/Text Messages (415) 706-8941 (06/01/2011-12/02/2011) | US-002620-2881 | | |
| 188 | Verizon Wireless Contract (415) 309-4914 (12/30/2009) | US-004744-4745 | | |
| 189 | (415) 309-4914 Text Messages (01/13/2012-04/28/2012) | US-001123-1311 | | |
| 190 | (415) 309-4914 Text Messages (07/09/2012-08/13/2012) | US-001371-1502 | | |
| 191 | (415) 309-4914 Text Messages (09/09/2012-11/20/2012) | US-001503-1597 | | |
| 192 | (415) 309-4914 Text Messages (10/16/2011-12/17/2011) | US-001598-1801 | | |
| 193 | (415) 309-4914 Text Messages (02/19/2012-03/23/2012) | US-001802-1896 | | |
| 194 | (415) 309-4914 Text Messages (04/29/2012-06/03/2012) | US-001897-2007 | | |
| 195 | (415) 309-4914 Text Messages (06/04/2012-07/08/2012) | US-002008-2105 | | |
| 196 | Verizon Wireless Text Messages (415) 309-4914 Text Messages (09/09/2012-11/20/2012) | US-003757-4509 | | |
| 197 | Verizon Wireless Text Messages (415) 309-4914 Text Messages (01/14/2012-08/13/2012) | US-004809-9527 | | |
| 198 | Verizon Wireless Text Messages (415) 309-4914 Text Messages (10/16/2011-12/17/2011) | US-10063-11480 | | |
| 199 | Verizon Call Records (06/01/2011-12/14/2011) | US-11481-11813 | | |
| 200 | Sprint Call Records (01/01/2010-08/12/2011) | US-13427-442 | | |

| Number | Description | Bates Range | Offered | Admitted |
|--------|-------------|-------------|---------|----------|
| 201 | Verizon Call Records (11/20/2008-09/12/2011) | US-17912-18367 | | |
| 202 | metroPCS Call Records (01/01/2008-10/5/2011) | US-18405-680 | | |
| 203 | AT&T Call Records 415.674.3924 (01/01/2009-02/03/2012) | US-19117-444 | | |
| 204 | Bose Sound Dock | FBI 1B22 | | |
| 205 | SFPD Incident Report (080-692-586) (07/02/2008) | US_B017A-0179-0183 | | |
| 206 | SFPD Incident Report (090-262-276) (03/11/2009) | US_B017A-0265-0270 | | |
| 207 | SFPD Incident Report (096-121-135) (11/28/2009) | US-13240-241 | | |
| 208 | SFPD Incident Report (090-946-549) (09/14/2009) | US_B005-0010-0012 | | |
| 209 | UPS Incident Investigation (09/11/2009) | US_B005-0028-0038 | | |
| 210 | (5) UPS Photos | US_B005-0047-0051 | | |
| 211 | Dynamo donut + coffee box | FBI 1B13 | | |
| 212 | SFPD Property for Identification – No Money manila envelope (09/14/2009) | FBI 1B13 | | |
| 213 | UPS 2nd Day Air UPS Label (09/09/2009) | FBI 1B13 | | |
| 214 | (3) Plastic Colored Boxes With Black Rocks and Packaging Material | FBI 1B13 | | |
| 215 | A. Brown manila envelope (090-946-549) "analyze and destroy" (09/14/2009)<br><br>B. Marijuana | FBI 1B12 | | |
| 216 | SFPD Crime Laboratory Reporting System Narcotics Analysis Report (09/15/2009) | US_B005-0014-15 | | |
| 217 | UPS Label (09/09/2009) | US_B005-0013 | | |

| Number | Description | Bates Range | Offered | Admitted |
|---|---|---|---|---|
| 218 | Event History Detail (09/09/2009) | US_B005-0017 | | |
| 219 | Event History Detail (09/14/2009) | US_B005-0018 | | |
| 220 | 911 call from UPS CD | US_B005-0023 | | |
| 221 | Radio traffic CD | US_B005-0024 | | |
| 222 | Call re drugs, donuts CD | US_B005-0025 | | |
| 223 | SFPD Crime Lab Narcotics Analysis Envelope No. 256501 2 Zip Bags w/grn. Veg. mat. 98.87 g gross (03/27/2009) | US-038340 | | |
| 224 | SFPD Crime Lab Narcotics Analysis Envelope No. 256501 2 Zip Bags w/grn. Veg. mat. 94.60 g gross (03/27/2009 | US-038341 | | |
| 225 | SFPD Crime Lab Narcotics Analysis Envelope No. 255842 Heroin, cocaine (base), cocaine (salt), methadone, hydromorphone (03/03/2009) | US-038342 | | |
| 226 | SFPD Crime Lab Narcotics Analysis Envelope No. 255903 Heroin, cocaine (salt), methamphetamine, oxycodone (03/05/2009) | US-038343 | | |
| 227 | SFPD Crime Lab Narcotics Analysis Envelope No. 255903 marijuana (03/05/2009) | US-038344 | | |
| 228 | SFPD Crime Lab Narcotics Analysis Envelope No. 256502 Marijuana 83.87 g (03/27/2009) | US-038345 | | |
| 229 | SFPD Crime Lab Narcotics Analysis Envelope No. 256502 Marijuana 89.14 g (03/27/2009) | US-038346 | | |
| 230 | SFPD Crime Lab Narcotics Analysis Envelope No. 256502 Marijuana 99.60 g (03/27/2009) | US-038347 | | |

| Number | Description | Bates Range | Offered | Admitted |
|--------|-------------|-------------|---------|----------|
| 231 | Summary of Calls Phone: (415) 717-2936 (08/03/2011-09/25/2011) | US_B052-0014-0027 | | |
| 232 | Summary of Calls Phone: (415) 717-2936 (06/01/2011-09/25/2011) | US_B052-0028-0049 | | |
| 233 | Activity Records Sorted by Date & Time: Phone: (415) 717-2936 (03/09/2009) | US_B052-0050 | | |
| 234 | Summary of Calls Phone: (510) 860-5243 (06/23/2010-08/16/2011) | US_B052-0051-0052 | | |
| 235 | Activity Records Sorted by Date & Time Phone: (415) 233-5743 (06/23/2010-08/16/2011) | US_B052-0053-0059 | | |
| 236 | Summary of Calls Sorted by Target Number (510) 860-5423 (06/23/2010-08/16/2011) | US_B052-0060-0061 | | |
| 237 | Activity Records Sorted by Date & Time Multiple Phones Exact Calls Only (12/05/2011-08/16/2011) | US_B052-0062-0071 | | |
| 238 | Activity Records Sorted by Date & Time Multiple Phones Exact Calls Only (08/20/2010-09/15/2010) | US_B052-0073 | | |
| 239 | Activity Records Sorted by Date & Time Multiple Phones Exact Calls Only (10/04/2010-10/08/2010) | US_B052-0075 | | |
| 240 | Activity Records Sorted by Date & Time Multiple Phones Exact Calls Only (06/23/2010-01/05/2011) | US_B052-0077 | | |
| 241 | Activity Records Sorted by Date & Time Multiple Phones Exact Calls Only (09/09/2010-08/16/2011) | US_B052-0079 | | |
| 242 | Activity Records Sorted by Date & Time Multiple Phones Exact Calls Only (12/05/2011-01/05/2012) | US_B052-0082-0083 | | |
| 243 | CD of (73) Photos of Evidence in FBI Custody | US-038349-0421 | | |
| 244 | A. Analyzed Evidence Envelope 1/5<br>B. Tasha Smith Report 83.87 g<br>C. Ziplock marijuana<br>D. Ziplock marijuana<br><br>(03/27/2009) | FBI | | |
| 245 | MacBook Pro 15" (S/N W888087JMYJX | FBI | | |
| 246 | SFPD Incident Report (090-182-179) (02/19/2009) | US-038788-791 | | |

| Number | Description | Bates Range | Offered | Admitted |
|--------|-------------|-------------|---------|----------|
| 247 | SFPD Incident Report (090-540-436) (05/25/2009) | US-038571-578 | | |
| 248 | Notice to Appear (007626791) Re: Sergio Vasquez (05/25/2009) | US-038579 | | |
| 249 | SFPD Incident Report – Initial (090-547-335) (05/27/2009) | US_B056A-0355-0359 | | |
| 250 | Notice to Appear (009310503) Re: Carlos Barajas (05/27/2009) | US_B056A-0349 | | |
| 251 | SFPD Incident Report – Supplemental (090-547-335) (05/27/2009) | US_B056A-0350-0354 | | |
| 252 | SFPD Incident Report (091-016-644) (10/02/2009) | US_B056A-0450-0454 | | |
| 253 | Evidence 4: Pay/Owe Sheets (091-016-644) (10/02/2009) | US-038813-828 | | |
| 254 | SFPD Incident Report (091-192-517) (11/19/2009) | US_B056B-0003-0009 | | |
| 255 | SFPD Employee Scheduling History Re: Ian Furminger (11/14/2008-11/30/2009) | US-038542-545 | | |
| 256 | Apple Installed Product Related to Serial Number Re: iPod Nano 16G Black (4th Generation) (S/N YM9032PS5BF) | US-38763-774 | | |
| 257 | Apple Installed Product ID 321067689 Customer: melvin bernadette iPod Nano 16 GB (S/N YM9032PS5BF) | US-038760 | | |
| 258 | Apple 360-Degree View Name: Bernadette Melvin DSID: 5288737961 bernadettemelvin@gmail.com | US-038762 | | |
| 259 | Apple Device Registration S/N YM9032PS5BF (09/04/2009) | US-038779-786 | | |
| 260 | iPod Nano 16G Black (4th Generation) S/N YM9032PS5BF | FBI | | |
| 261 | Toll Records Between 925-336-6709 and 415-377-5270 (01/05/2009-11/04/2009) | | | |
| 262 | ATF Operation Plan 09/18/2009 | US-038684-692 | | |

| Number | Description | Bates Range | Offered | Admitted |
|--------|-------------|-------------|---------|----------|
| 263 | SFPD Incident Report (090-624-444) (06/18/2009) | US-038714-716 | | |
| 264 | ATF Evidence Log (06/18/2009) | US-038728 | | |
| 265 | ATF Photo Log (06/18/2009) | US-038730 | | |
| 266 | ATF 726 Potrero Avenue Sketch | US-038743-745 | | |
| 267 | Picture - 2858 22nd Street | US-038799 | | |
| 268 | Picture - Marilyn Hotel, 27 Dashiell Hammet St. | US-038883 | | |
| 269 | Picture – Apple Store, 1 Stockton Street | US-038794 | | |
| 270 | Picture – 7961 Wells Avenue, Newark | US-038924 | | |
| 271 | Pictures – 726 Potrero Ave. | US-038807-809 | | |
| 272 | Picture – 447 Valencia Street | US-038812 | | |
| 273 | Picture – 519 Broadway | US-038881 | | |
| 274 | Picture – 4050 19th Avenue | US-038796-798 | | |
| 275 | Picture – 2072 Mission Street | US-038810 | | |
| 276 | Picture – 245 Leavenworth | US-038880 | | |
| 277 | Pictures – 20th Between Cap Street and Mission | US-038800-806 | | |
| 278 | Picture – iPhone 3G 16 GB Black | US-038795 | | |
| 279 | Picture – iPod Nano 16GB (4th Gen) Black | US-038793 | | |

| Number | Description | Bates Range | Offered | Admitted |
|--------|-------------|-------------|---------|----------|
| 280 | SFPD Incident Report (090-955-493) (09/16/2009) | US-B056A-0443-449 | | |
| 281 | SFPD Incident Report (091-092-111) (09/16/2009) | US-038864-038868; US-B056A-0457-0461 | | |
| 282 | Toll Analysis 11/19/2009 | US-038922-923 | | |
| 283 | SFPD Department Bulletin 05-116 (06/24/2005) | | | |
| 284 | SFPD Department Bulletin 07-072 (04/04/2007 | US-038884-038885 | | |
| 285 | SFPD Department Bulletin 07-214 (08/28/2007) | US-038886 | | |
| 286 | SFPD Department Bulletin 08-097 (04/18/2008) | US-038887 | | |
| 287 | SFPD Department Bulletin 09-013 (01/28/2009) | US-038888 | | |
| 288 | Sanchez-Furminger Text Messages (09/07/2011-08/10/2012) | US-038889-038919 | | |
| 289 | Maps<br>A. Mission District<br>B. Downtown San Francisco<br>C. Northern California | US-038943-945 | | |
| 290 | Bank of America – MyAccess Checking Statement (Edmond Robles) (05/07/2009-06/08/2009) | US-038926-932 | | |
| 291 | Bank of America – Cash In – Debit Danville Branch Cost Center Teller No. 009 $6000 | US-038933 | | |
| 292 | Bank of America Checking Deposit Slip (05/26/2009) | | | |
| 293 | | | | |
| 294 | | | | |
| 295 | | | | |

| Number | Description | Bates Range | Offered | Admitted |
|--------|-------------|-------------|---------|----------|
| 296 | | | | |
| 297 | | | | |
| 298 | | | | |
| 299 | | | | |
| 300 | | | | |

Respectfully submitted,

MELINDA HAAG
United States Attorney

/S/ Rodney Villazor

_____

JOHN H. HEMANN
RODNEY C. VILLAZOR
Assistant United States Attorneys