MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Email: john.hemann@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 14-0102 CRB |
|     Plaintiff, | ) |
|   v. | ) |
| IAN FURMINGER, EDMOND ROBLES AND REYNALDO VARGAS, | ) **SECOND REVISED WITNESS LIST** |
|     Defendants. | ) |

The United States hereby identifies the following potential case-in-chief trial witnesses:

1. Frank Agosta
2. Griselda Aquilar
3. Carlos Alfaro (DEA)
4. Shahin Ayari
5. Richard Bodisco (SFPD)
6. David Bopp
7. Daisy Bram
8. David Brandt (SFPD)
9. Andrew Byrd

10. Burgess Crosby

11. Steven Bucy (SFPD)

12. Jerome DiFillipo (SFPD)

13. Sean Doherty (SFPD)

14. Ian Elliot

15. Danielle Farrell (DEA)

16. James Folger (FBI)

17. Alma Furlong

18. Joseph Furlong

19. Anthony Heckman (Newark PD)

20. Caesar Hernandez

21. Jack Humer (Barrington PD)

22. Michelle Jean (SFPD)

23. Kenneth Kwak (ATF)

24. Matthew Kenney (SFPD)

25. Gabriel Lara

26. Marguerite McHenry (FBI)

27. Bernadette Melvin

28. Joseph Minner (SFPD)

29. Kenneth Montgomery (FBI)

30. Rachel Murphy (SFPD)

31. Tyler Nave (FBI)

32. Greg Nestor (FBI)

33. Christopher Olson (SFPD)

34. Melissa Patrick (FBI)

35. Crystal Ponzer

36. Records Custodians and authentication witnesses, as necessary, for disclosed exhibits

37. Megan Long Quinn (ATF)

| | |
|---|---|
| 1 | 38. Roslyn Quinn |
| 2 | 39. Ignacio Ramirez-Palafox |
| 3 | 40. Pamela C. Reynolds (FBI) |
| 4 | 41. Cayetana Reynoso |
| 5 | 42. Malaquias Reynoso |
| 6 | 43. Sherman Richards |
| 7 | 44. Sergio Sanchez |
| 8 | 45. David Sands (SFPD) |
| 9 | 46. Ed Santos (SFPD) |
| 10 | 47. Tasha Smith (SFPD) |
| 11 | 48. William Siccord (DEA) |
| 12 | 49. Kelsey Stewart |
| 13 | 50. Stephanie Stewart (FBI) |
| 14 | 51. Robert Tucker(ATF) |
| 15 | 52. Joseph Valdez (SFPD) |
| 16 | 53. Reynaldo Vargas |
| 17 | 54. Sergio Vasquez |
| 18 | 55. Michael Vice |
| 19 | 56. Jayme Walsh |
| 20 | 57. Eileen Marie Waniger (FBI) |
| 21 | 58. Constantine Zachos (SFPD) |
| 22 | 59. Gene Zaychenko |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

GOVERNMENT'S SECOND REVISED WITNESS LIST
CASE NO. CR 14-0102 CRB                           3

1
2
3
4
5
6
7
8
...
28

Respectfully submitted,

MELINDA HAAG
United States Attorney

*/S/ Rodney Villazor*

_____
JOHN H. HEMANN
RODNEY C. VILLAZOR
Assistant United States Attorneys

GOVERNMENT'S SECOND REVISED WITNESS LIST
CASE NO. CR 14-0102 CRB                4