UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-0102 CRB |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| IAN FURMINGER and EDMOND ROBLES, | |
| Defendants. | |

**COUNT ONE (Wire Fraud, in violation of 18 U.S.C. § 1343) (Text message from R.V. to Furminger, November 19, 2009)**

    We find the defendant Ian Furminger:

        __X__ Guilty     ____ Not Guilty

    We find the defendant Edmond Robles:

        __X__ Guilty     ____ Not Guilty

**COUNT TWO (Wire Fraud, in violation of 18 U.S.C. § 1343) (Police Report, November 19, 2009)**

    We find the defendant Ian Furminger:

        __X__ Guilty     ____ Not Guilty

    We find the defendant Edmond Robles:

        __X__ Guilty     ____ Not Guilty

1 | **COUNT THREE (Honest Services Wire Fraud, in violation of 18 U.S.C. §§ 1343 & 1346) (Text
2 | message from S.S. to Furminger, September 7, 2011)**
3 |     We find the defendant Ian Furminger:
4 |         ____ Guilty    _X_ Not Guilty
5 |     We find the defendant Edmond Robles:
6 |         ____ Guilty    _X_ Not Guilty
7 |
8 | **COUNT FOUR (Honest Services Wire Fraud, in violation of 18 U.S.C. §§ 1343 & 1346) (Text
9 | message from Robles to Furminger, February 7, 2012)**
10 |    We find the defendant Ian Furminger:
11 |        ____ Guilty    _X_ Not Guilty
12 |    We find the defendant Edmond Robles:
13 |        ____ Guilty    _X_ Not Guilty
14 |
15 | **COUNT FIVE (Conspiracy Against Civil Rights, in violation of 18 U.S.C. § 241)**
16 |    We find the defendant Ian Furminger:
17 |        _X_ Guilty    ____ Not Guilty
18 |    We find the defendant Edmond Robles:
19 |        _X_ Guilty    ____ Not Guilty
20 |
21 | **COUNT SIX (Conspiracy to Commit Theft Concerning Federally Funded Program, in violation of
22 | 18 U.S.C. § 371)**
23 |    We find the defendant Ian Furminger:
24 |        _X_ Guilty    ____ Not Guilty
25 |    We find the defendant Edmond Robles:
26 |        _X_ Guilty    ____ Not Guilty
27 | //
28 | //

VERDICT FORM                                      2
CASE NO. CR 14-0102 CRB

1  COUNT SEVEN (Theft Concerning Federally Funded Program, in violation of 18 U.S.C.
2  §§ 666(a)(1)(A) and 2)
3    We find the defendant Ian Furminger:
4        \_\_\_\_ Guilty   \_\_\_\_ Not Guilty
5    We find the defendant Edmond Robles:
6        _X_ Guilty   \_\_\_\_ Not Guilty

8  COUNT EIGHT (Extortion Under Color of Right, in violation of 18 U.S.C. § 1951)
9    We find the defendant Ian Furminger:
10       \_\_\_\_ Guilty   _X_ Not Guilty

12 COUNT NINE (Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846)
13   We find the defendant Ian Furminger:
14       \_\_\_\_ Guilty   _X_ Not Guilty
15   We find the defendant Edmond Robles:
16       \_\_\_\_ Guilty   _X_ Not Guilty

19  5-Dec-2014                           Mike Harms
20  DATE                                 FOREPERSON

VERDICT FORM                             3
CASE NO. CR 14-0102 CRB