1
2
3
4
5
6

BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
201 California Street, Suite 450
San Francisco, CA  94111
Telephone: (415) 912-5886
Facsimile: (415) 438-2655
Email: bhgetz@pacbell.net

Attorney for Defendant
IAN FURMINGER

7
8
9
10
11

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

12
13
14
15
16
17
18

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-14-102 CRB |
| Plaintiff, | **DEFENDANT FURMINGER'S REQUEST TO ADVANCE OR CONTINUE SENTENCING DATE** |
| v. | |
| IAN FURMINGER, | DATE: FEBRUARY 18, 2015 |
| Defendant. | TIME:  10:00 A.M. |
| | CTRM: 6 |

19
20
21
22
23
24
25
26
27
28

Defendant Ian Furminger hereby requests that the Court advance or continue the sentencing date of February 23, 2015, set in this matter, because his counsel will be in trial before the Honorable Yvonne Gonzalez-Rogers on that date. Undersigned counsel was not present when Judge Gonzalez-Rogers set that date for trial and had requested a date after March 2 for that trial. The supporting Declaration of Counsel, filed herewith, more fully explains the circumstances which led to this conflict in counsel's schedule.

1

2

3

   As a consequence of such conflict, Mr. Furminger respectfuly requests that the Court either advance the sentencing hearing to the afternoon of February 20, or continue it for one week to March 2, 2015.

4

5                                          Respectfully submitted,

   Dated: January 31, 2015          LAW OFFICES OF BRIAN H GETZ

6

7                                          _____/s/_____
                                           BRIAN H GETZ
8                                          Attorney for Defendant
                                           IAN FURMINGER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT FURMINGER'S REQUEST TO ADVANCE OR CONTINUE SENTENCING DATE
CASE NO. CR-14-102 CRB**