BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
201 California Street, Suite 450
San Francisco, CA  94111
Telephone: (415) 912-5886
Facsimile: (415) 438-2655
Email: bhgetz@pacbell.net

Attorney for Defendant
IAN FURMINGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>IAN FURMINGER,<br><br>          Defendant. | CASE NO. CR-14-102 CRB<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT FURMINGER'S REQUEST TO ADVANCE OR CONTINUE SENTENCING DATE**<br><br>DATE: FEBRUARY 18, 2015<br>TIME:  10:00 A.M.<br>CTRM: 6 |

I, BRIAN H GETZ, declare:

1. I am an attorney at law duly licensed to practice before this Court and counsel of record in this matter for defendant Ian Furminger

2. I make this declaration of my own personal knowledge in support of Mr. Furminger's request that the Court advance or continue the sentencing date of February 23, 2015, because I have been set for trial on that date in another matter.

3. This Court set hearings in this matter for February 18 for determination of guideline issues related to Mr. Furminger's sentence, and February 23 for sentencing.

4. At the time the Court set such dates, I was scheduled to begin trial in the matter of *United States v. Adrian Jemison*, CR14-00380-YGR at 8 a.m. on February 2, 2015.

5. Last week, the government requested that the *Jemison* trial be continued, and a hearing was held by Judge Gonzalez-Rogers on that issue. I was unable to attend that hearing because I was in trial in Napa County Superior Court in the matter of *People v. Thomas Cilluffo*, Case No. CR121168. I advised co-counsel in the Jemison matter that I was not available to try the *Jemison* matter until March 2 or later. Co-counsel attended the continuance hearing and so advised Judge Gonzalez-Rogers, but the *Jemison* trial was set for February 23, the same date as the sentencing in this matter.

6. As a consequence of such conflict, I respectfully request that the Court either advance the sentencing hearing to the afternoon of February 20, or continue it for one week to March 2, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed this 31st day of January, 2015, at San Francisco, California.

                                          /s/
                                      BRIAN H GETZ
                                      Attorney for Defendant
                                      IAN FURMINGER