IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:14-cr-00102-CRB |
| Plaintiff, | **ORDER DENYING FURMINGER'S REQUEST TO ADVANCE OR CONTINUE SENTENCING DATE** |
| v. | |
| IAN FURMINGER, | |
| Defendant. | |

The Court is in receipt of Defendant Ian Furminger's request to advance or continue the sentencing date of February 23, 2015, because his counsel will be in trial in another matter on that date. See Request to Advance or Continue (dkt. 203). The request is hereby denied. Counsel is advised that he will be available for trial in the other matter no later than 12:00 p.m. on February 23, 2015.

**IT IS SO ORDERED.**

Dated: February 2, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE