MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    john.hemann@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-0102 CRB |
| Plaintiff, | |
| v. | GOVERNMENT'S MEMORANDUM REGARDING SENTENCING GUIDELINE CALCULATIONS |
| IAN FURMINGER AND EDMOND ROBLES, Defendants. | |

    The government agrees with the Probation Office's Sentencing Guideline calculations. The government will file a response to the defendants' objections.