Michael J. Favetti

215 Augustine Drive
Martinez, California 94553
415 307-8261
m.favetti@yahoo.com

February 3, 15

Honorable Charles R. Breyer
United States District Court
450 Golden Gate Avenue, 17th Floor
San Francisco, California, 94102

RE: Sgt. Ian Furminger

Judge Breyer:

My name is Michael Favetti, and I am recently retired from the San Francisco Police Department after 32 years of service. I served in many capacities during my career, including: patrol, undercover operations, narcotics enforcement, tactical/SWAT operations, criminal investigations, traffic enforcement, tactical motorcycle enforcement, ("Honda" unit) and the mounted unit. I have worked under the command of some legendary police officers, and was fortunate enough to command several sensitive and specialized units. I retired at the rank of lieutenant.

I am writing to you regarding former SFPD Sergeant Ian Furminger. I came to know Ian when I served as a sergeant at the old Potrero Police Station on 20th & 3rd Streets, in 1993/94. Ian was newly assigned to the Potrero-Field Training Officer Program("FTO"). He impressed me then with his enthusiasm, and dedication to the community. Our paths crossed many times in the subsequent years, and I now consider him a friend.

I understand Ian has been convicted of a serious offense, but the purpose of this letter is not to debate the decision of the jury. By writing this letter, I hope to have some impact on your sentencing decisions, and to let you know that I believe Ian has many good qualities that should mitigate a harsh sentence.

When I first met Ian back at the old Potrero Station, I noticed that this recruit officer was always the first one to show up for work in the morning, sometimes 1½ to 2 hours prior to the start of his shift. During this time, Ian would make sure his uniform was spotless, shoes shined, and that he had all of his equipment in perfect working order. Then he would study his Department General Orders, review wanted bulletins, and check the list of recent people booked into the station. You see, this was something above and beyond what was necessary to pass the FTO program. Ian went the extra mile because he wanted to not only be a good police officer, he wanted to be the best police officer he could be.

This work ethic continued throughout the rest of Ian's career. He was always the "first officer up" in dangerous situations. Ian would often be the first person on-scene for a "man with a gun" or "assault in progress" call. In fact, Ian was awarded our Department's highest medal of valor, the gold medal, for his bravery in subduing a violent suspect who tried to kill Ian with an automobile. To me, Ian has alway been loyal, honest, and trustworthy. I wold have no qualms trusting him with my life, or the lives of my family.

Ian has already paid dearly for the decisions he has made and I know that he regrets any harm his actions may have done. Ian is a good family man and a good father to his children, especially his young son who will need a father around for his developmental years.

Sincerely yours,

Lt. Michael J. Favetti (ret.)

S.F.P.D.