Honorable Charles R. Breyer  　　　　　　　　　　　　　　　　　January 28, 2015
United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102


Dear Judge Breyer,

Thank you for your kindness and consideration in taking the time to read this letter.
I am writing this letter in support of Mr. Ian Furminger who has been convicted of serious crimes.
By way of introduction, my name is Kevin Michael Martin and I am a retired San Francisco Police Officer who served the City and County of San Francisco as a Deputy Sheriff from 1982 – 1985. I was accepted into the San Francisco Police Department in July of 1985 and served until my retirement on October 31, 2012.

I served the Department in a number of capacities including a career long patrolman, a Field Training Officer and a Hostage/Crisis Negotiator for the last twelve years of my career.
I was also very involved in the San Francisco Police Officers Association serving the over 2,000 members as an elected member of the Board of Directors for four years until being appointed to the Executive Board as POA Secretary. I was also elected by the membership to the position of Vice-President of our association for three terms.

It was during my years as a San Francisco Police Officer that I came to know and work with Mr. Ian Furminger. I worked with Ian in many capacities throughout our years together in the SFPD.

I first met Ian while we were both assigned to the midnight watch at Southern Police Station. Although I had a few years of experience over Ian in the Department and in police work in general, it did not take long at all to notice the outstanding work that Ian was capable of on a day in and day out basis. Ian was a natural for police work. He maintained and exhibited all the necessary components to be a complete and successful Police Officer: Common Sense; A sense of Humor and most important of all ingredients...compassion.

The imposing figure that Ian Furminger presents at 6'8", 250 pounds belies his truly compassionate and empathetic persona. I have been at the scene of incidents where people who have been victims of horrendous crimes and circumstances have been cared for deeply and sincerely by Ian, quite often beyond the call of police duty but not beyond the duty of Ian.
As determined as Ian was in preventing crime and apprehending violent criminals, he was equally as determined to be a caring, loving human being giving compassion and restoring dignity to those less fortunate than himself. Ian was often a visitor to the University of California Hospital Children's Cancer Ward bringing joy and laughter even if only for a few moments time to young children and their families who were facing unthinkable heartbreak and sadness. After visiting with the children, I often saw Ian spending quiet time with parents and family members restoring hope and faith in their lives.
As the father of two wonderful children coupled with his chosen career path, Ian is all too well aware of just how fragile...and precious life can be.
I cannot remember a time when Ian was not involved somehow in the betterment of people's lives. Whether it was delivering holiday turkey's from the POA to St. Anthony's Dining Room, collecting goods for our United States Service Men and Women serving overseas or attending to the families of injured or fallen Police Officers', Ian was always somehow in the middle of the action.

Ian Furminger was also a very highly decorated San Francisco Police Officer over the course of his career. On more than one occasion Ian narrowly escaped death in the pursuit of very violent offenders who through their criminal actions presented a clear danger to public safety.

On October 6, 1998, Ian and his partner were involved in an incident in the Southern Police District in which a criminal suspect in a vehicle ran over Ian while trying to flee from the police who were trying to arrest the suspect who was violently beating a homeless prostitute. During the incident and while attempting to arrest the offender John Smart, Mr. Smart utilized his vehicle as a weapon to seriously injure Ian. Fearing for his life and the life of his partner, Ian was forced to shoot and kill John Smart.
As a result of his actions, Ian received the Department's highest honor, the Gold Medal of Valor.

Ian Received the Department's Bronze Medal of Valor for his actions in arresting a Parolee in possession of a firearm. In that incident Ian was conducting a traffic stop when the driver of the vehicle suddenly fled on foot from the police contact. Ian chased the suspect for five blocks through downtown San Francisco late at night and into a BART Station where the chase continued. At one point, the suspect suddenly turned on Ian and pointed a gun in Ian's face. Ian was able to tackle and disarm the suspect without serious injury to either Ian or the suspect. Based on the intentions and actions of the suspect, Ian was well within the Department's Policy and Procedure to discharge his firearm to neutralize the immediate threat but Ian did not. Ian exercised tremendous discipline, restraint and humanity through his actions to take the suspect into custody alive.

In possibly his finest moment as a police officer, Ian received a Police Commission Commendation for his actions in recovering a four year old girl who was kidnapped in downtown San Francisco. The suspect badly beat the girl's mother and fled with the child in a vehicle across the Bay Bridge.
With only a partial license plate to work with via a police broadcast, Ian put himself in a position near the Bay Bridge on ramp. The suspect drove his vehicle past Ian and Ian gave pursuit. During the high speed chase across the bridge, Ian could see the young child in the suspect's vehicle screaming, crying and waving her hands for help. Ian was able to utilize his patrol vehicle to disable the suspect's vehicle into a guard rail. Ian saved the young girl and handed the little girl into the frenzied arms of her mother.

There are certainly more incidents I could refer to involving Ian's extraordinary police career and awards I could cite. Suffice it to say, Ian has been awarded the Police Department's highest honors.
He has received over 100 Police Captain Commendations; A Meritorious Conduct Award; A Life Saving Award; The 10851 (Stolen/Recovered Auto's) Master Award among others.
In 2000, Ian Furminger was voted Bay Area Police Officer of the Year by a 90% margin.

The Ian I know is also a wonderful, caring father of two outstanding children. Emma Claire Furminger and Ronan Furminger.
Emma is a fifteen year old tenth grader and attends Half Moon Bay High School where she is involved in school athletics (water polo) and performing arts. Emma is also an Honor Roll Student based on her academic excellence.
Ronan is Ian's ten year old son who is a student- athlete fourth grader at Glorietta Elementary School. Ronan is quite the baseball player with a strong bat and rocket arm. He is a chess player and a very good student. Ronan's best friend is developmentally disabled. Ronan, like his father is compassionate and very giving.
Ian's love for his children is unparalleled. He is completely devoted to the health, safety, welfare and future of Emma Claire and Ronan.

In closing your honor, I would ask you to please consider the totality of Ian Furminger's Law Enforcement career. I know that Ian has been convicted of serious crimes and that cannot at all be discounted.

But please know there is so much more to Ian Furminger than has been presented during the court proceedings. I certainly have had the benefit of knowing Ian for the better part of twenty years.

Over the course of thirty plus years of law enforcement experience in San Francisco, I have had the great pleasure and honor to have known and been surrounded by some truly outstanding men and women.

Ian Furminger is absolutely one of those people.

I have always considered myself a very fortunate man to have been able to wear the seven point star of the San Francisco Police Department and the emblem patch which in Spanish proclaims, "Oro En Paz, Fierro En Guerra"…"Gold In Peace, Iron In war".

I feel equally as proud to have known Ian Furminger, a man I worked with side by side for a number of years without reservation, without fear and without apprehension whatsoever.

I know Ian Furminger, a man who on more than one occasion was willing to make the ultimate sacrifice as a Police Officer…to lay down his life for the safety, protection and welfare of others.

Once again your Honor, thank you very much for your time and gracious, compassionate consideration.

Respectfully and Sincerely,

Kevin Michael Martin
San Francisco Police Department, #24, Retired