1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6774
7      FAX: (415) 436-7234
       john.hemann@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )  CASE NO. CR 14-0102 CRB
14                                       )
            Plaintiff,                   )
15                                       )  GOVERNMENT'S OPPOSITION TO
       v.                                )  DEFENDANT ROBLES' MOTION TO CONTINUE
16                                       )
   EDMOND ROBLES,                        )
17         Defendant.                    )
                                         )
18

19        The United States opposes defendant Robles' motion to continue the sentencing date so that he

20  can file a new trial motion raising ineffective assistance of counsel. Defendant Robles has waited

21  almost four months from his conviction to retain an attorney to assert ineffective assistance. There is no

22  credible, good faith argument based on the record in this case that his trial attorney was ineffective. The

23  evidence against Robles, including testimony from two co-conspirators

24  ///

25  ///

26  ///

27  ///

28
   GOVERNMENT'S OPPOSITION TO DEFENDANT ROBLES'
   MOTION TO CONTINUE
   CR 14-0102 CRB

1  that was corroborated by documents and financial records, was overwhelming.  The sentencing should
2  go forward on March 18, 2015, as scheduled.

3
4
5  DATED: March 9, 2015               Respectfully submitted,
6                                     MELINDA HAAG
                                      United States Attorney
7
                                      *John H. Hemann*
8                                     JOHN H. HEMANN
                                      Assistant United States Attorney
9

GOVERNMENT'S OPPOSITION TO DEFENDANT ROBLES'
MOTION TO CONTINUE
CR 14-0102 CRB