UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-0102-02-CRB |
| Plaintiff, | |
| v. | ORDER re SENTENCING AND EXTENDING TIME TO SUPPLEMENT NEW TRIAL MOTION |
| EDMOND ROBLES, | |
| Defendant. | |

The Court, having considered the motion of Defendant Edmond Robles to continue his sentencing and extend the time to supplement his new trial motion, and having considered the Government's response to the motion, and finding good cause for the requested relief, hereby ORDERS that:

1.    Any supplement to Defendant Robles' new trial motion must be filed by April 10, 2015.

2.    The Government shall file a response to the motion by April ___, 2015.

3.    The motion for a new trial _____ 15

4.    The date of sentencing is con_____ 5 to _____, 2015.

IT IS SO ORDERED

Dated: March 10, 2015

DENIED

Judge Charles R. Breyer

_____
Hon. Charles R. Breyer
United States District Judge