1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      john.hemann@usdoj.gov

8  Attorneys for United States of America

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,        ) Case No. CR 14-0102 CRB
                                      )
14 |        Plaintiff,                ) STIPULATION AND [PROPOSED] ORDER TO
                                      ) CONTINUE SENTENCING
15 |   v.                             )
                                      )
16 | REYNOLDO VARGAS,                 )
                                      )
17 |        Defendant.                )
                                      )

18

19      The parties stipulate and agree as follows:

20 1. The sentencing of defendant Reynoldo Vargas is scheduled for May 6, 2015.

21 2. Because of delays in and unexpected proceedings related to co-defendants Furminger and Robles,

22 the parties were unable to complete their analysis of defendant Vargas's sentence, in particular the

23 anticipated requested downward departure motion pursuant to U.S.S.G. 5K1.1.

24 3. The parties, accordingly, request a continuance of the sentencing hearing three weeks, to May 20,

25 2015, at 2:00 pm.  The parties will file sentencing memoranda on or before May 14, 2015.

26 //

27 //

28 //

STIP. AND [PROPOSED] ORDER TO CONTINUE
CR 14-0102 CRB                                       1

4. This is the parties' first request for a continuance.

SO STIPULATED AND AGREED

                                              Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

Dated: April 30, 2015              *John H. Hemann*
                                              _____
                                              JOHN H. HEMANN
                                              Assistant United States Attorney


Dated: April 30, 2015              /s/ Harry Stern
                                              HARRY STERN
                                              Attorney for Reynaldo Vargas

    IT IS SO ORDERED.

    DATED_____         _____
                                            CHARLES R. BREYER
                                            United States District Judge